Exhibit A

## Sandra Hollenbeck

**From:** Jim Simon
**Sent:** Wednesday, January 28, 2009 6:19 PM
**To:** Mark Higgins
**Subject:** RE: does this represent today's conversation

Mark --- This does a great job wrapping it up. I'm glad we had the talk

---

**From:** Mark Higgins
**Sent:** Wednesday, January 28, 2009 6:17 PM
**To:** Mark Rahner
**Cc:** Matthew Kreamer; Jim Simon
**Subject:** does this represent today's conversation

Mark,

I'm glad you, me, Matt and Jim could talk this afternoon on your new role working in Metro. Life is hard enough -- especially now -- if we are not all on the same page.

All of us are big fans of the q & a, and we definitely want more in the weeks ahead.

We agreed today that now is not the time to launch a weekly q & a series. You and Matt will need some time to figure out how long they take to write and edit, and as Jim mentioned, we also we want to brainstorm with you on selecting the right targets. Now that you're writing for Local News, your audience has expanded and we want you to go after folks beyond just pop culture, including politicians, newsmakers and personalities. We know you're up to it.

We also will look to you to bring your own ideas on features and news stories. We need you to critically examine our news coverage and look for stories off the news that we overlooked or missed entirely. Writing for Page 1 should be every bit as important to you as your other work. Matt will also assign you general news stories, as well. As you've witnessed, there are days when we run out of reporters and are overrun by breaking news.

Questions? Additional thoughts?


Mark

Mark Higgins
Metro Editor/The Seattle Times
206.515.5638
www.seattletimes.com

Exhibit B

| From: | Suki Dardarian |
|---|---|
| To: | Mark Higgins |
| CC: | Jim Simon |
| Sent: | 10/13/2009 6:34:22 PM |
| Subject: | RE: Goals for Mark Rahner's videos |

I believe in our summit meeting with kreamer and the web folks we said the the goals thing would also include an expectation for how many stoies and what kind he should produce for the newspaper. That number is whatever number you want it to be. But it needs to be in the "Expectations for Mark Rahner" note. We didn't ask for just a goals on video. We asked for that AND an list of expectations for mark. It was sought separately from his review, and I would be concerned about waiting another month for a review to get done to nail down the expectations. My thinking is that you and kreamer sit down and hash out the expectations and make them clear.

And on the video goals, there doesn't seem to be any indication of length limitations or who approves them before they are allowed to be posted. And accessible is spelled wrong.

---

**From:** Jim Simon
**Sent:** Tuesday, October 13, 2009 6:30 PM
**To:** Mark Higgins; Suki Dardarian
**Subject:** RE: Goals for Mark Rahner's videos

I totally agree. With Mark, and possibly Ramirez and Seven, we need to use the review process to quantify what we expect from these guys and then ensure we monitor it.
If Mark doesn't have story ideas, we should go out of our way to find stories for him.

---

**From:** Mark Higgins
**Sent:** Tuesday, October 13, 2009 6:27 PM
**To:** Suki Dardarian; Jim Simon
**Subject:** Goals for Mark Rahner's videos

Jim, Suki:

Sorry for this late e-mail forward. Matt sent it to me a couple of weeks ago and while it addresses Matt's goals for video production, it doesn't include any goals that we may have for Mark to write for the newspaper.

Matt's goal for Mark is one video a month, which is appropriate. That said, Mark has been working pretty much exclusively on his Forks/vampire video since his trip out to the coast. He has filed one story for the newspaper during this time, which I have said can't run until he can do some additional reporting.

My point is, Mark remains underutilized. If he's doing a video a month, you'd think he would be available for a couple of stories -- on average -- a week. Do you agree?

Thoughts? Next steps?

Mark

---

**From:** Matthew Kreamer
**Sent:** Thursday, September 24, 2009 5:49 PM
**To:** Mark Higgins
**Subject:** Goals for Mark Rahner's videos

Here's what I've got. Tiffany and Cory said it looked ok by them. Lemme know what you think.
Thanks.

Mark has been producing videos for seattletimes.com, with ranging success. He does most of the work -- writing, shooting, editing -- on his own. That's ideal, but logistically has caused problems. When things need to be edited (either for content or technical issues), for example, the process has become burdensome.
These guidelines are meant to alleviate those problems, with more content editing and technical troubleshooting on the front end and a more streamlined video editing process.

We'd like Mark to produce one video per month, using these guidelines:

- Mark and his editor will select video topics that allow time for production without losing timeliness, and maintaining relevance. A good example is Mark's PETA video, which was made in the weeks between the PETA announcement they were protesting the fish-throwing demonstration, and the demonstration itself.

- Mark will put together a storyboard and shooting schedule, then he and his editor will meet with Tiffany and Genevieve (and whoever else) to discuss logistics. What equipment will he need? Will he need a shooter for any parts? The video experts can help guide Mark, and he can use that time as training.

- Mark and his editor will review a script, as much as one can be assembled, recognizing that much is based on what interviewees say. This is when content issues should be discussed, with questionable content run by higher editors, to avoid back-end editing once the video is created.

- Mark will shoot the video.

- Mark will flesh out the script, knowing which soundbites he plans to use, and discuss those with his editor.

- Mark will edit the video himself, either with equipment provided in The Times' video editing room, or on his own equipment as long as it is accessable by the online team, both for technical edits and ease of viewing.

The expectation is that more discussion and forethought outlined in this process leads to far less consternation and frustration on the back end -- by editors and online staff, and also by Mark. People will know what to expect, and we won't have various editors wanting to make conflicting changes to what should be a finished product.

ST001481

Exhibit C

## Sandra Hollenbeck

**From:** Suki Dardarian
**Sent:** Wednesday, February 24, 2010 12:15 PM
**To:** Mark Higgins; Jim Simon; Matthew Kreamer
**Subject:** RE: Mark Rahner's chronic fatigue

We need a doctor's note that tells us what he can and cannot do. We cannot accommodate without it.
We have other reporters with issues that we are asking for notes from -- and others who say medical issues prevent them from working certain hours. We need to handle them all equally so that we are not accused of being unfair or playing favorites or unfavorites.
So if he has medical issues that keep him from working or being available certain hours, that needs to be documented. We need to log some of that as sick time, and we need to have an FMLA form filled out. That's the way we do it with everybody with any medical issue, big or small, that impacts their ability to work.

I would send him a note back saying that you weren't aware (if that's the case) that he had this medical issue, and that with something like this we need to have a doctor's note so saying what he can and can't do, and it needs to get to Loann. We will have HR review, and if necessary will contact him for more info, and then they help us best accommodate his needs -- and our needs.

---

**From:** Mark Higgins
**Sent:** Wednesday, February 24, 2010 11:53 AM
**To:** Suki Dardarian; Jim Simon; Matthew Kreamer
**Subject:** Mark Rahner's chronic fatigue

Suki, Jim, Matt:

I'd like to get some advice on this. My impression is that he usually shows up about 11. As a ga reporter -- especially if Matt is not in the room -- it's not terribly convenient. Other reporters have snarked about his late arrival.

Do we want him to get a doctor's note? Will that make the situation worse? I'm annoyed basically.

Mark

---

**From:** Mark Rahner
**Sent:** Wednesday, February 24, 2010 11:43 AM
**To:** Mark Higgins
**Subject:** RE: Pike Place

All right, I'll give her a ring.

I love our "talks." A good deal of why I'm not physically in the office very early is the chronic fatigue I've mentioned, which has been pretty debilitating since roughly last summer and requires some flexibility. Most days, I have to go crash in my car once or twice as well. Had every test devised by mankind. Since I'm on e-mail more or less constantly and reachable by that or phone 24/7, and Kreamer generally knows what I'm working on, the net effect on anyone else doesn't seem significant.

---

**From:** Mark Higgins
**Sent:** Wednesday, February 24, 2010 11:20 AM
**To:** Mark Rahner
**Subject:** RE: Pike Place

Could be a simple premise, perhaps even a Q&A: What's it like to be executive director of the Market?

1

It's obv. a place of historic inner-merchant squabbles but to residents and tourists, it's beloved venue. ( The city just passed a new bond or levy measure to help shore it up. )

Over the years the exec directors, Binder included, have also fought off the t-shirt and kitsch vendors and tried to make it downtown's grocery store, to keep it relevant and make it more than a Fanueil Hall.

Also, need to scout around and make sure she didn't get forced out. Anytime someone says they want to spend more time with family....

Hey, while we're "talking" is there a reason you're not coming in to the office about the same time other reporters show up?

---

| | |
|---|---|
| From: | Mark Rahner |
| Sent: | Wednesday, February 24, 2010 11:09 AM |
| To: | Mark Higgins |
| Subject: | RE: Pike Place |

Found it. Seems to cover the basics. What more were you looking for?

| | |
|---|---|
| From: | Mark Higgins |
| Sent: | Wednesday, February 24, 2010 11:03 AM |
| To: | Mark Rahner |
| Subject: | RE: Pike Place |

We have a shorty story online. Her names is Carol Binder.

| | |
|---|---|
| From: | Mark Rahner |
| Sent: | Wednesday, February 24, 2010 11:03 AM |
| To: | Mark Higgins |
| Subject: | Pike Place |

Got your message. Was there a press release or something? What's the person's name?

2

105    ST000611

Exhibit D

| From: | Mark Rahner |
| --- | --- |
| To: | Mark Higgins |
| Sent: | 2/24/2010 2:52:19 PM |
| Subject: | RE: your situation |

Sure, I can get a doctor's note. I'll schedule another appointment today.

Thanks for being understanding. Most days it feels like a lead blanket. On days off, I barely move before 2 p.m. ... and it's not even from a hangover. (Rimshot.) In fact, you may remember that I used a week of vacation time recently. I just spent it sleeping. I guess I haven't talked about it a lot, because frankly it's a little embarrassing. And I also found, living a few years with a girlfriend who has fibromyalgia, that a lot of people believe stuff like that or CFS are just bullshit. So, again: thanks.

I'll get the ball rolling with the doctor and get you something ASAP.

---

**From:** Mark Higgins
**Sent:** Wednesday, February 24, 2010 2:18 PM
**To:** Mark Rahner
**Subject:** your situation

Hi Mark,

I just took a closer look at your message. I didn't realize your fatigue was an ongoing issue for you. I'm sorry. That's got to be difficult.

Here's the situation: When any staffer has an active health concern -- big or small -- that impacts their ability to do their job, we have to document it and respond to the situation. Our goal is to be fair and provide equal treatment. We have to accommodate your situation to the best of our ability.

What we're going to need from you is a doctor's note that explains what's happening and what you can and cannot do. If, for example, you have a condition that limits the number of hours you can work, you'll need to fill out what's called an Intermittent Family Medical Leave Form. That will temporarily allow you to be paid for 40 hours a week even if you are not working that many hours. Loann can explain how the program works.

All of this will be review by our HR folks.

It's not a big deal in terms of the paperwork but we'll need that doctor's note to start the process.

If you want to sit down and talk about it, plse. come on by. I'll make time.

Mark

---

**From:** Mark Rahner
**Sent:** Wednesday, February 24, 2010 11:43 AM
**To:** Mark Higgins
**Subject:** RE: Pike Place

All right, I'll give her a ring.

I love our "talks." A good deal of why I'm not physically in the office very early is the chronic fatigue I've mentioned, which has been pretty debilitating since roughly last summer and requires some flexibility. Most days, I have to go crash in my car once or twice as well. Had every test devised by mankind. Since I'm on e-mail more or less constantly and reachable by that or phone 24/7, and Kreamer generally knows what I'm working on, the net effect on anyone else doesn't seem significant.

---

**From:** Mark Higgins
**Sent:** Wednesday, February 24, 2010 11:20 AM

ST000987

**To:** Mark Rahner
**Subject:** RE: Pike Place

Could be a simple premise, perhaps even a Q&A: What's it like to be executive director of the Market?

It's obv. a place of historic inner-merchant squabbles but to residents and tourists, it's beloved venue. ( The city just passed a new bond or levy measure to help shore it up. )

Over the years the exec directors, Binder included, have also fought off the t-shirt and kitsch vendors and tried to make it downtown's grocery store, to keep it relevant and make it more than a Fanueil Hall.

Also, need to scout around and make sure she didn't get forced out. Anytime someone says they want to spend more time with family....

Hey, while we're "talking" is there a reason you're not coming in to the office about the same time other reporters show up?

---

**From:** Mark Rahner
**Sent:** Wednesday, February 24, 2010 11:09 AM
**To:** Mark Higgins
**Subject:** RE: Pike Place

Found it. Seems to cover the basics. What more were you looking for?

---

**From:** Mark Higgins
**Sent:** Wednesday, February 24, 2010 11:03 AM
**To:** Mark Rahner
**Subject:** RE: Pike Place

We have a shorty story online. Her names is Carol Binder.

---

**From:** Mark Rahner
**Sent:** Wednesday, February 24, 2010 11:03 AM
**To:** Mark Higgins
**Subject:** Pike Place

Got your message. Was there a press release or something? What's the person's name?

ST000988

Exhibit E

# ELLIOTT BAY NATURAL MEDICINE

Paul Dompé, N.D.

1904 Third Ave Suite 808 Seattle, WA 98101       T (206) 816-3433   F (206) 816-3423

March 5, 2010

RE: Mark Rahner
DOB: 6/5/1965

To whom it may concern,

I have been treating Mark Rahner for chronic fatigue since March 2009. Mark's condition requires that he get adequate rest, especially during morning hours. Please allow some flexibility in his schedule to meet his medical needs.

Please feel free to contact me if you have any questions.

Sincerely,

Paul Dompé, N.D.

Tel (206) 816-3433
Email: pauldompe@gmail.com

Exhibit F

| From: | Nancy Hawman |
|---|---|
| To: | Mark Rahner |
| CC: | Mark Higgins; Nancy Chaney; Auikea Woods |
| Sent: | 3/16/2010 2:59:30 PM |
| Subject: | Doctor's note |

Hi Mark,
Mark Higgins shared with me the note you got from your doctor requesting flexibility in your schedule.
In these cases, we suggest applying for intermittent FMLA if you must be absent from work for individual days or partial days due to a serious medical condition.
We need more specific information in order to manage the newsroom coverage needs and accommodate your medical condition.
To get the process rolling, I'm attaching the FMLA paperwork.
Please complete the FMLA request form and have your physician complete the medical certification form.
Once completed, you can return them to me.
I'll make sure they get to Nancy Chaney and Auikea Woods (our leave specialists) for review and approval.
If you or your physician have questions about the forms, I suggest contacting Nancy Chaney (who is copied on this email).

FMLA request form (employee completes)
http://intranet.seatimes.com/NR/rdonlyres/171E626A-5D1F-46AC-BB96-6AEE3E5EDCBF/0/FMLALeaveRequest.doc

Medical Certification form (physician completes)
http://intranet.seatimes.com/NR/rdonlyres/2CC52E2A-CD51-4826-8010-82FD8CBAF68A/0/Medicalcertificationself.doc

FMLA policy:
http://intranet.seatimes.com/SeattleTimes/Business+Tools/Policies+and+Guidelines/Company+Policies/Family+and+Medical+Leave.htm

Nancy Hawman
Human Resources Director
The Seattle Times Company
p: 206/464-2212