The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK RAHNER,

        Plaintiff,

v.

THE SEATTLE TIMES COMPANY, a Delaware corporation,

        Defendant.

No. 2:12-cv-00880

DECLARATION OF SHEEHAN SULLIVAN WEISS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**NOTE ON MOTION CALENDAR: August 2, 2013**

I, SHEEHAN SULLIVAN WEISS, declare as follows:

1. I am one of the attorneys for Defendant The Seattle Times Company. I make the following statements based on personal knowledge.

2. The following are true and accurate copies of documents cited in Defendant's Motion for Summary Judgment:

3. **Exhibit 1** is excerpts from the deposition of plaintiff Mark Rahner ("Rahner" or "plaintiff"), taken on May 23, 2013.

DECLARATION OF SHEEHAN SULLIVAN WEISS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (2:12-cv-00880) — 1
DWT 22253106v3 0040701-001034

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

157

4. **Exhibit 2** is excerpts from the deposition of Paul Dompe, ND, taken on May 16, 2013.

5. **Exhibit 3** is excerpts from the deposition of Alexa Vaughn, taken on June 7, 2013.

6. **Exhibit 4** is an email string between Suki Dardarian, Mark Higgins, Jim Simon and Matthew Kreamer dated February 24, 2010, bearing production numbers ST000610-611 and is Exhibit 5 in the May 23, 2013 deposition of plaintiff Mark Rahner.

7. **Exhibit 5** is a letter from Paul Dompe, ND dated March 5, 2010, bearing production number ST001471 and is Exhibit 7 in the May 23, 2013 deposition of plaintiff Mark Rahner.

8. **Exhibit 6** is an email from Nancy Hawman to Rahner and copied to Mark Higgins, Nancy Chaney and Auikea Woods dated March 16, 2010, bearing production number ST001156 and is Exhibit 8 in the May 23, 2013 deposition of plaintiff Mark Rahner.

9. **Exhibit 7** is a memorandum from Sandra Hollenbeck to Rahner dated December 17, 2010, bearing production number ST000034 and is Exhibit 19 in the May 23, 2013 deposition of plaintiff Mark Rahner.

10. **Exhibit 8** is an email from Rahner to David Boardman, dated July 23, 2010, bearing production number ST000620-621 and is Exhibit 9 in the May 23, 2013 deposition of plaintiff Mark Rahner.

11. **Exhibit 9** is a memorandum from Debbie Ward to Mark Rahner and copied to Matthew Kreamer, Loann Eriks and Sandra Hollenbeck, bearing production number ST001533 and is Exhibit 14 in the May 23, 2013 deposition of plaintiff Mark Rahner.

12. **Exhibit 10** is a response from Paul Dompe, ND to the letter from Sandra Hollenbeck dated November 4, 2010, bearing production numbers ST001178-1180 and is Exhibit 17 in the May 23, 2013 deposition of plaintiff Mark Rahner.

13. **Exhibit 11** is a letter from Michelle McKinnon to Mark Rahner dated December 6, 2010, bearing production numbers ST000646-647 and is Exhibit 28 in the May 23, 2013 deposition of plaintiff Mark Rahner.

DECLARATION OF SHEEHAN SULLIVAN WEISS IN
SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT (2:12-cv-00880) — 2
DWT 22253106v3 0040701-001034

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

158

14. **Exhibit 12** is a Pacific Northwest Newspaper Guild-CWA Grievance Form for Rahner bearing production number ST000136 and is Exhibit 18 in the May 23, 2013 deposition of plaintiff Mark Rahner.

15. **Exhibit 13** is an email string between David Boardman, Jim Simon and Mark Higgins forwarding an email string between Rahner and Sandra Hollenbeck dated January 7, 2011, bearing production numbers ST000792-794 and is Exhibit 22 in the May 23, 2013 deposition of plaintiff Mark Rahner.

16. **Exhibit 14** is a letter from Mark Higgins to Rahner dated January 12, 2011, bearing production number ST000024 and is Exhibit 23 in the May 23, 2013 deposition of plaintiff Mark Rahner.

17. **Exhibit 15** is the EEOC Charge of Discrimination regarding Rahner, bearing production number P000029 and is Exhibit 25 in the May 23, 2013 deposition of plaintiff Mark Rahner.

18. **Exhibit 16** is a letter from the EEOC to Rahner's attorney Caitlin DiMotta, dated January 20, 2011, produced by plaintiff and bearing production numbers P000034-35.

19. **Exhibit 17** is a letter from Paul Dompe, ND dated October 27, 2010, and is page 24 to Exhibit 2 to the deposition of Paul Dompe, ND, taken on May 16, 2013.

20. **Exhibit 18** is a fax from Paul Dompe, ND to Sandra Hollenbeck dated January 6, 2011, and is page 25 to Exhibit 2 to the deposition of Paul Dompe, ND, taken on May 16, 2013.

21. **Exhibit 19** is an email from David Boardman to Jim Simon, Mark Higgins and Suki Dardarian dated July 30, 2010, bearing production number ST000768 and is Exhibit 11 in the May 23, 2013 deposition of plaintiff Mark Rahner.

22. **Exhibit 20** is the EEOC Intake Questionnaire regarding Rahner, bearing production numbers P000040-49 and is Exhibit 26 in the May 23, 2013 deposition of plaintiff Mark Rahner.

DECLARATION OF SHEEHAN SULLIVAN WEISS IN
SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT (2:12-cv-00880) — 3
DWT 22253106v3 0040701-001034

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

159

23. **Exhibit 22** is the complaint in this matter and is Exhibit 3 in the May 23, 2013 deposition of plaintiff Mark Rahner.

I declare the foregoing to be true and accurate to the best of my knowledge under penalty of perjury under the laws of the State of Washington and the United States of America.

Executed this 8th day of July, 2013, in Seattle, Washington.

_____
SHEEHAN SULLIVAN WEISS

DECLARATION OF SHEEHAN SULLIVAN WEISS IN
SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT (2:12-cv-00880) — 4
DWT 22253106v3 0040701-001034

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

160

## CERTIFICATE OF SERVICE

I hereby certify that on the date below stated, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically sends notification of such filing to the following:

IMPACT LAW GROUP

DATED this 8th day of July, 2013.

                              Davis Wright Tremaine LLP
                              Attorneys for Defendant

                      By *s/Sheehan Sullivan Weiss*
                          Sheehan Sullivan Weiss, WSBA #33189
                          1201 3rd Avenue, Ste. 2200
                          Seattle, WA 98101
                          P: 206-757-8152
                          F: 206-757-7700
                          sheehansullivanweiss@dwt.com

DECLARATION OF SHEEHAN SULLIVAN WEISS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (2:12-cv-00880) — 5
DWT 22253106v3 0040701-001034

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

161