# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

MARK RAHNER,                          )
       Plaintiff,             )
  vs.                                 ) No. 2:12-cv-00880-JCC
THE SEATTLE TIMES COMPANY,            )
a Delaware corporation,               )
       Defendant.             )

---

Videotaped Deposition Upon Oral Examination of
MARK WILLIAM RAHNER

---

Thursday, May 23, 2013
1201 Third Avenue, Suite 2200
Seattle, Washington


REPORTED BY: Michelle E. Diskin, RPR
CCR 2657

```
 1   APPEARANCES:
 2   For the Plaintiff:
 3            SAGE A. LINN, ESQ.
 4            CAITLIN S. DIMOTTA, ESQ.
 5            Impact Law Group
 6            1325 Fourth Avenue, Suite 1400
 7            Seattle, Washington  98101
 8            206-792-5230
 9            sage@impactlawgroup.com
10            caitlin@impactlawgroup.com
11   For the Defendant:
12            SHEEHAN SULLIVAN WEISS, ESQ.
13            DEVIN SMITH, ESQ.
14            Davis Wright Tremaine
15            1201 Third Avenue, Suite 2200
16            Seattle, Washington  98101
17            206-757-8152
18            sheehansullivanweiss@dwt.com
19            devinsmith@dwt.com
20   Also Present:
21            Jason Neuerburg, Videographer
22            Suki Dardarian
23
24
25
```

```
 1                      E X H I B I T S

 2    NO.   DESCRIPTION                                          PAGE

 3    1     Email chain beginning with email dated                52
 4          January 28, 2009, from Jim Simon to
 5          Mark Higgins
 6    2     2010 Performance Evaluation for Mark Rahner           80
 7    3     Complaint                                             85
 8    4     2/11/2010 chart note of Dr. Pepin                    119
 9    5     Email chain beginning with email dated               128
10          February 24, 2010, from Suki Dardarian to
11          Mark Higgins, Jim Simon, Matthew Kreamer
12    6     Email string beginning with email dated              136
13          2/24/2010 from Jim Simon to Mark Higgins
14    7     Letter dated March 5, 2010, from Dr. Dompe           143
15          To whom it may concern
16    8     Email dated 3/15/2010 from Nancy Hawman to           146
17          Mark Rahner
18    9     Email chain beginning with email dated July          156
19          23, 2010, from Mark Rahner to David Boardman
20    10    FMLA request form dated 8/10/10                      156
21    11    Email dated July 30, 2010, from Mark Rahner          159
22          to Matthew Kreamer
23    12    Memorandum dated August 11, 2010, from               162
24          Debbie Ward to Mark Rahner
25
```

```
 1                    E X H I B I T S
 2   NO.   DESCRIPTION                                      PAGE
 3   13    Letter dated September 16, 2010, from            162
 4         Dr. Dompe To whom it may concern
 5   14    Memorandum dated September 24, 2010, from        165
 6         Debbie Ward to Mark Rahner
 7   15    Letter dated October 27, 2010, from              165
 8         Dr. Dompe To whom it may concern
 9   16    Discussion notes dated 11/3/12                   176
10   17    Letter dated November 4, 2010, from Sandra       179
11         Hollenbeck to Dr. Dompe
12   18    Guild Grievance Form                             190
13   19    Email dated 12/17/10 from Sandra Hollenbeck      198
14         to Mark Rahner
15   20    Email chain beginning with email dated           200
16         December 23, 2010, from Jim Simon to
17         various recipients
18   21    Fax cover sheet dated 1/6/2011 with              204
19         attached letter dated January 4, 2011,
20         from Sandra Hollenbeck to Dr. Dompe
21   22    Email string beginning with email dated          212
22         1/7/2011 from David Boardman to Sandra
23         Hollenbeck
24   23    Letter dated January 12, 2011, from Mark         214
25         Higgins to Mark Rahner
```

```
 1                    E X H I B I T S
 2   NO.   DESCRIPTION                                    PAGE
 3   24    Plaintiff's First Supplemental Responses       259
 4         To Defendant's First Interrogatories and
 5         Requests for Production
 6   25    Charge of Discrimination form dated            273
 7         March 11, 2011
 8   26    EEOC Intake Questionnaire dated 2/28/11        273
 9   27    Email string beginning with email dated        287
10         November 2, 2010, from David Boardman to
11         Mark Rahner
12   28    Undated email from Michelle McKinnon to        287
13         Mark
14
15
16
17
18
19
20               E X A M I N A T I O N
21   BY                          PAGES
22   MS. SULLIVAN WEISS           6 - 290
23
24
25
```

```
 1          Seattle, Washington; Thursday, May 23, 2013
 2                       9:07 a.m.
 3              ---------------------------
 4          THE VIDEOGRAPHER:  We are on the record.  Today    09:07:20AM
 5  is Wednesday, May 23rd, 2013.  The time is now 9:07 a.m.   09:07:22AM
 6  The location of today's deposition is 1201 Third Avenue,   09:07:30AM
 7  Suite 2200 in Seattle, Washington, 98101.  My name is      09:07:35AM
 8  Jason Neuerburg, video specialist representing Seattle     09:07:41AM
 9  Deposition Reporters in Seattle, Washington.  Cause number 09:07:46AM
10  2:12-cv-00880-JCC, entitled Mark Rahner versus The Seattle 09:07:49AM
11  Times Company.  The deponent today is Mark Rahner.  The    09:08:01AM
12  deposition is requested by defense counsel.                09:08:05AM
13          Will counsel please identify themselves for the    09:08:09AM
14  record.                                                    09:08:11AM
15          MS. SULLIVAN WEISS:  Sheehan Sullivan Weiss         09:08:12AM
16  representing The Seattle Times Company.                    09:08:14AM
17          MR. LINN:  Sage Linn representing Mark Rahner.     09:08:16AM
18          MS. DIMOTTA:  Caitlin Dimotta representing Mark    09:08:22AM
19  Rahner.                                                    09:08:24AM
20          MS. SULLIVAN WEISS:  And Devin Smith               09:08:25AM
21  representing The Seattle Times Company will also be        09:08:26AM
22  attending the deposition.                                  09:08:26AM
23          THE VIDEOGRAPHER:  The court reporter today is     09:08:28AM
24  Michelle Diskin with the firm of Seattle Deposition        09:08:29AM
25  Reporters.                                                 09:08:33AM
```

```
 1      Q.   Was Susan a reporter on the evening shift?    09:16:11AM
 2      A.   She is a reporter who like the rest of the    09:16:16AM
 3 reporter staff has had to fill in on the evening shift. 09:16:21AM
 4      Q.   So, she occasionally fills in on the evening  09:16:26AM
 5 shift; is that correct?                                 09:16:30AM
 6      A.   Yes, like everybody else on the reporting     09:16:31AM
 7 staff.                                                  09:16:33AM
 8      Q.   Okay.  What did she tell you about the evening 09:16:36AM
 9 shift?                                                  09:16:39AM
10      A.   Well, essentially what I just said, which is  09:16:39AM
11 that it's a difficult, stressful job to begin with, but 09:16:42AM
12 it's gotten worse since I left because of the addition of 09:16:47AM
13 the social media requirements.                          09:16:51AM
14      Q.   What is Susan's normal or regular role as a   09:16:57AM
15 reporter?                                               09:17:02AM
16      A.   I don't know what her general job description 09:17:04AM
17 is apart from reporter.  But I believe she's been working 09:17:09AM
18 on the newspaper's magazine recently.                   09:17:13AM
19      Q.   Okay.  You said that you and Miss Kelleher were 09:17:18AM
20 friends?                                                09:17:25AM
21      A.   Uh-huh.                                       09:17:25AM
22      Q.   How long have you been friends?               09:17:26AM
23      A.   Let's see.  I started at the newspaper in '99, 09:17:28AM
24 I believe, so since not too long after that.            09:17:32AM
25      Q.   Did you and Miss Kelleher have a romantic     09:17:39AM
```

```
 1  think could be considered a disability.  I also had some        09:26:06AM
 2  fairly severe anxiety issues, but I don't think anyone          09:26:09AM
 3  counted that as a proper disability.  I had been suffering      09:26:13AM
 4  from debilitating anxiety attacks that combined with the        09:26:18AM
 5  chronic fatigue to make it somewhat difficult to function       09:26:22AM
 6  at times.                                                       09:26:27AM
 7       Q.   So, my question -- I'll ask it again -- are you       09:26:27AM
 8  basing your claim on any other disability other than            09:26:30AM
 9  chronic fatigue syndrome, your legal claim?                     09:26:34AM
10       A.   I'm not sure how to answer that.  Can I --            09:26:42AM
11            MR. LINN:  I'm going to object to the extent          09:26:45AM
12  that it calls for a legal conclusion.                           09:26:46AM
13       A.   Because there were other factors in play,             09:26:51AM
14  including the debilitating anxiety, so that plays a role        09:26:53AM
15  in what we're talking about, but the CFS is the main issue      09:26:58AM
16  at hand.                                                        09:27:02AM
17       Q.   So, is it fair to say, then, that the chronic         09:27:02AM
18  fatigue was the overarching disability concern that you         09:27:07AM
19  had?                                                            09:27:10AM
20       A.   Yes.
21       Q.   When were you diagnosed with chronic fatigue          09:27:13AM
22  syndrome?                                                       09:27:16AM
23       A.   Well, I came down with it in May or --                09:27:17AM
24       Q.   Let me interrupt you for a second.  I want to         09:27:22AM
25  know when you were diagnosed with chronic fatigue.              09:27:25AM
```

```
 1      Q.   So, you don't know whether he diagnosed you        09:42:38AM
 2   with anxiety disorder or not?                              09:42:40AM
 3      A.   I don't know that he did.  But it was the          09:42:43AM
 4   reason we were talking.                                    09:42:45AM
 5      Q.   Okay.  So, let's talk about your employment at     09:42:48AM
 6   The Seattle Times.  If I have this right, you started at   09:43:03AM
 7   The Times, was it, in 1999?                                09:43:09AM
 8      A.   That sounds right.                                 09:43:12AM
 9      Q.   What role did you start at?                        09:43:17AM
10      A.   I believe I started by doing freelance and then    09:43:21AM
11   I was a temporary employee and then I was hired on full    09:43:26AM
12   time as the pop culture writer.                            09:43:32AM
13      Q.   When did that occur that you were hired full       09:43:35AM
14   time?                                                      09:43:39AM
15      A.   I think 2000.                                      09:43:40AM
16      Q.   Do you recall the date that your employment        09:43:44AM
17   ended?                                                     09:43:47AM
18      A.   The date that it ended?  It would have been        09:43:47AM
19   January 2011.                                              09:43:51AM
20      Q.   So, I want to focus on the last five years,        09:43:53AM
21   your last five years at The Times.  Okay?                  09:43:56AM
22      A.   Okay.                                              09:43:59AM
23      Q.   So, that would be 2005 through 2010.               09:44:00AM
24      A.   Okay.                                              09:44:04AM
25      Q.   What positions did you hold at The Times           09:44:05AM
```

```
 1  between 2005 and 2010?                                      09:44:08AM
 2       A.   I was a pop culture writer still until they       09:44:11AM
 3  disappeared the features department and then I moved to     09:44:15AM
 4  Metro news for the last two years, roughly two years.       09:44:20AM
 5       Q.   So, from 2005 until 2008 you were in features?    09:44:26AM
 6       A.   That sounds about right.                          09:44:33AM
 7       Q.   And you were the pop culture writer; is that      09:44:34AM
 8  right?                                                      09:44:38AM
 9       A.   Correct.                                          09:44:38AM
10       Q.   Then you moved to Metro in 2008.  Do you          09:44:38AM
11  remember when in 2008?                                      09:44:42AM
12       A.   Not exactly.                                      09:44:43AM
13       Q.   What were the circumstances of your move to       09:44:45AM
14  Metro?                                                      09:44:47AM
15       A.   As I just said, they disappeared the features     09:44:47AM
16  department.                                                 09:44:50AM
17       Q.   How many reporters were there in the features     09:44:51AM
18  department at the time you moved over to Metro?             09:44:54AM
19       A.   I don't know the exact number.                    09:44:56AM
20       Q.   Approximately?                                    09:44:57AM
21       A.   I'd just be guessing because some took a          09:45:04AM
22  buy-out, some retired, some moved over to Metro.  I         09:45:10AM
23  couldn't say.                                               09:45:14AM
24       Q.   You think there were maybe 10 reporters in that   09:45:15AM
25  department?                                                 09:45:18AM
```

| | | | |
|---|---|---|---|
| 1 | A. | In that territory maybe. | 09:45:18AM |
| 2 | Q. | When you say they disappeared features -- | 09:45:24AM |
| 3 | A. | They eliminated the department. They were | 09:45:28AM |
| 4 | | downsizing the newsroom. | 09:45:31AM |
| 5 | Q. | What was your understanding of the reason for | 09:45:35AM |
| 6 | | downsizing the newsroom in 2008? | 09:45:38AM |
| 7 | A. | Well, the whole newspaper industry has been in | 09:45:41AM |
| 8 | | a downward spiral. They were having financial | 09:45:43AM |
| 9 | | difficulties, like every other newspaper. | 09:45:47AM |
| 10 | Q. | Was the move -- let me strike that. | 09:45:53AM |
| 11 | | Was the elimination of the features department | 09:45:58AM |
| 12 | | part of a larger reduction in force or something where | 09:46:01AM |
| 13 | | people lost their jobs at that time? | 09:46:06AM |
| 14 | A. | I believe so. It was an ongoing process of | 09:46:08AM |
| 15 | | shrinkage. | 09:46:11AM |
| 16 | Q. | So, you didn't lose your job in 2008, correct? | 09:46:13AM |
| 17 | A. | No. | 09:46:16AM |
| 18 | Q. | You moved over to the Metro desk in 2008? | 09:46:17AM |
| 19 | A. | Correct. | 09:46:22AM |
| 20 | Q. | Is that the right terminology, the Metro -- | 09:46:22AM |
| 21 | A. | Close enough, sure. | 09:46:25AM |
| 22 | Q. | What do you call it? | 09:46:26AM |
| 23 | A. | Metro news, Metro desk, news. | 09:46:28AM |
| 24 | Q. | Were there other of your colleagues from the | 09:46:32AM |
| 25 | | features desk that moved over to the Metro desk with you? | 09:46:35AM |

```
 1      A.   Some.                                            09:46:40AM
 2      Q.   Two, three?                                      09:46:41AM
 3      A.   At least two that I can think of, possibly more  09:46:44AM
 4   than that.                                               09:46:49AM
 5      Q.   Did the features reporters that were being       09:46:50AM
 6   reassigned, were they reassigned to desks other than     09:46:53AM
 7   Metro?                                                   09:46:58AM
 8      A.   I think one wound up someplace else in the       09:47:02AM
 9   building, the magazine, possibly.  The rest they scared  09:47:07AM
10   off.                                                     09:47:13AM
11      Q.   I'm sorry?                                       09:47:14AM
12      A.   The rest they scared off.                        09:47:14AM
13      Q.   So, for each -- well, let me strike that.        09:47:20AM
14           So, in 2008 you moved over to the Metro desk     09:47:24AM
15   and you held the same title; is that correct?            09:47:28AM
16      A.   Well, I wasn't the pop culture writer anymore    09:47:30AM
17   because there was no pop culture coverage.  I was a      09:47:33AM
18   general assignment reporter in news after that.          09:47:38AM
19      Q.   Okay.  So, you considered your title to be pop   09:47:41AM
20   culture reporter prior to moving to the Metro desk?      09:47:45AM
21      A.   I didn't "consider" it.  That's what it was.     09:47:48AM
22      Q.   Then your title, when you moved over to the      09:47:51AM
23   Metro desk, was general assignment reporter?             09:47:53AM
24      A.   Correct.                                         09:47:56AM
25      Q.   What was your rate of pay at the time that you   09:47:57AM
```

|    |                                                              |            |
|----|--------------------------------------------------------------|------------|
| 1  | were in features?                                            | 09:48:01AM |
| 2  |     A.   I don't know exactly, but it was somewhere in       | 09:48:04AM |
| 3  | the territory of 52 or $53,000 a year and that didn't        | 09:48:06AM |
| 4  | change.  There were no substantial raises for quite some     | 09:48:11AM |
| 5  | time because of the financial environment that was causing   | 09:48:15AM |
| 6  | the downsizing.                                              | 09:48:18AM |
| 7  |     Q.   So, when you moved over to the Metro desk from      | 09:48:19AM |
| 8  | features, your pay stayed the same?                          | 09:48:22AM |
| 9  |     A.   Yes.                                                |            |
| 10 |     Q.   Were you on a day shift in features?                | 09:48:29AM |
| 11 |     A.   There were no set hours because, you know,          | 09:48:33AM |
| 12 | there were nighttime reviews of things and it was mainly a   | 09:48:38AM |
| 13 | matter of everybody knowing what their work was and          | 09:48:42AM |
| 14 | handing it in on time.  So, there were no formal shifts      | 09:48:47AM |
| 15 | because we were treated like adults.                         | 09:48:51AM |
| 16 |     Q.   When you moved over to the Metro desk as a          | 09:48:54AM |
| 17 | general assignment reporter, were you assigned to a shift?   | 09:48:58AM |
| 18 |     A.   Yeah, that was more rigid.  The shift               | 09:49:01AM |
| 19 | technically was 9 to 5 or 6.                                 | 09:49:07AM |
| 20 |     Q.   Okay.  Who was your manager in features?            | 09:49:17AM |
| 21 |     A.   They changed.  There were quite a few of them.      | 09:49:21AM |
| 22 | The one when I left -- who was the one when I left?  It      | 09:49:23AM |
| 23 | might have been Lynn Jacobson when I left, but there was     | 09:49:28AM |
| 24 | kind of a revolving door there.                              | 09:49:32AM |
| 25 |     Q.   When you moved over to the Metro desk, who          | 09:49:34AM |

1  became your supervisor?                              09:49:37AM
2       A.   Matt Kreamer.                              09:49:38AM
3       Q.   Did you report to anybody other than Matt  09:49:39AM
4  Kreamer?                                             09:49:41AM
5       A.   He was my immediate editor.                09:49:41AM
6       Q.   What was the role that Mr. Higgins played? 09:49:44AM
7       A.   He was Kreamer's supervisor.               09:49:46AM
8       Q.   Do you know what his title was?            09:49:51AM
9       A.   Not exactly.  He was a Metro news editor, is, 09:49:56AM
10 was.                                                 09:50:01AM
11      Q.   Okay, so, generally speaking, can you describe 09:50:04AM
12 for me the difference between doing features work and 09:50:08AM
13 general assignment Metro work in your experience.    09:50:11AM
14      A.   That's a pretty broad question.  Can you be any 09:50:14AM
15 more specific than that because it's a different universe 09:50:17AM
16 entirely.                                            09:50:20AM
17      Q.   Tell me about how in your view it's a different 09:50:20AM
18 universe.                                            09:50:23AM
19      A.   Well, features involved doing interviews,  09:50:25AM
20 reviews, a lot of critic work, a lot of writing about 09:50:34AM
21 events that were going on, books, movies, comic books, 09:50:43AM
22 comedy, you know, pop culture, what we generally     09:50:48AM
23 understand as pop culture, anything that involved that.  I 09:50:51AM
24 was kind of a jack-of-all-trades and staff nerd, I guess. 09:50:57AM
25           In news, however, it was just a matter of  09:51:03AM

```
 1  covering straight news.  It was fairly straightforward.      09:51:06AM
 2  Although I did, however, continue to do some of the kind     09:51:12AM
 3  of Q-and-A interviews that I had done while I was the pop    09:51:15AM
 4  culture writer.  And in fact, I had -- well, go ahead.       09:51:20AM
 5      Q.   Go on.                                              09:51:27AM
 6      A.   I had done a number of other things as well,        09:51:29AM
 7  including, you know, trying to try some innovative video     09:51:31AM
 8  work, doing some short satirical videos for The Times        09:51:38AM
 9  website at a time when I hadn't seen any of that from        09:51:48AM
10  other newspapers.  So, it wasn't a hundred percent           09:51:49AM
11  straight news, but that was mainly what the job was, and     09:51:55AM
12  the other things were primarily on my own initiative.        09:51:58AM
13      Q.   "The other things" meaning the Q-and-A              09:52:01AM
14  interviews, the video work, and the -- I guess the           09:52:04AM
15  Q-and-As and the video work?                                 09:52:08AM
16      A.   Yes.                                                09:52:13AM
17      Q.   So, with the features work, when you say you're     09:52:13AM
18  doing interviews and reviews, are these things that you're   09:52:18AM
19  generating the ideas for wanting to go out and do a review   09:52:20AM
20  of a convention or a new movie or is it something that       09:52:25AM
21  somebody's telling you that you need to go do?               09:52:30AM
22      A.   It's a mixture of both.  I generally would be       09:52:32AM
23  aware of what was going on and generate my own ideas, but    09:52:35AM
24  the information and suggestions went back and forth          09:52:39AM
25  between the writers and the editors.                         09:52:41AM
```