| | | |
|---|---|---|
| 1 | Q. So, you were -- I want to make sure I have this | 09:52:49AM |
| 2 | right. So, you would have been the pop culture reporter | 09:52:53AM |
| 3 | on pop culture writer for The Times from about 2000 to | 09:52:56AM |
| 4 | 2008? | 09:53:01AM |
| 5 | A. Yes. | |
| 6 | Q. So, was it a big shift for you then to move to | 09:53:03AM |
| 7 | the Metro general assignment desk and not be able to do | 09:53:06AM |
| 8 | that same level of pop culture writing? | 09:53:09AM |
| 9 | A. Yes. | |
| 10 | Q. Was it difficult? | 09:53:13AM |
| 11 | A. Well, it was difficult in that the managers | 09:53:14AM |
| 12 | weren't very good at using the right tool for the job. | 09:53:17AM |
| 13 | And so we all, when we're hired as reporters, have skill | 09:53:21AM |
| 14 | sets, things that we're good at and have proven, | 09:53:25AM |
| 15 | demonstrated expertise at and skill at. And one of the | 09:53:29AM |
| 16 | difficult things about going to Metro news was just sort | 09:53:34AM |
| 17 | of being treated like a gofer sometimes. | 09:53:38AM |
| 18 | Q. What do you mean by that? | 09:53:40AM |
| 19 | A. Just thrown at things willy-nilly regardless of | 09:53:43AM |
| 20 | what my own skills were. | 09:53:47AM |
| 21 | Q. So, do you feel like your skills were | 09:53:51AM |
| 22 | underutilized? | 09:53:55AM |
| 23 | A. To say the least. | 09:53:55AM |
| 24 | Q. Tell me about that. Tell me a little bit more | 09:53:56AM |
| 25 | about what your feeling was about being underutilized. | 09:54:00AM |

| | | |
|---|---|---|
| 1 | A. Well, I just -- a good deal of the time I was | 09:54:05AM |
| 2 | thrown at things in the way an intern would be with no | 09:54:12AM |
| 3 | regard for what my demonstrated and widely praised work | 09:54:15AM |
| 4 | was. | 09:54:20AM |
| 5 | Q. What do you view as your sort of highest and | 09:54:22AM |
| 6 | best use in a newsroom environment? | 09:54:25AM |
| 7 | A. My highest and best use? That's kind of a | 09:54:32AM |
| 8 | weird question. | 09:54:36AM |
| 9 | Q. Well, you've said that you weren't being | 09:54:37AM |
| 10 | utilized for your talents. So, what do you think would | 09:54:39AM |
| 11 | have been the way that the managers should have been | 09:54:43AM |
| 12 | utilizing you? | 09:54:46AM |
| 13 | A. Should have been? Well, at that time we were | 09:54:47AM |
| 14 | sorely lacking in any kind of pop culture coverage where | 09:54:51AM |
| 15 | Seattle is at the epicenter of a great deal of that, and | 09:54:58AM |
| 16 | our lack of it was conspicuous, and I was constantly | 09:55:04AM |
| 17 | pitching for something relating to that that the paper | 09:55:10AM |
| 18 | needed and that I was good at, a good fit. | 09:55:14AM |
| 19 | Q. So, you wanted to continue doing the pop | 09:55:17AM |
| 20 | culture writing after you moved over to the general | 09:55:19AM |
| 21 | assignment desk? | 09:55:22AM |
| 22 | A. In one form or another. I thought it was | 09:55:23AM |
| 23 | something the paper needed and I thought it was something | 09:55:26AM |
| 24 | that I was good at. | 09:55:29AM |
| 25 | Q. Did you propose that to anybody, any editors? | 09:55:31AM |

```
 1      A.   Numerous times.  Sorry, I talked over you.     09:55:34AM
 2   Numerous times.                                         09:55:37AM
 3      Q.   What was the response?                          09:55:38AM
 4      A.   I think I can sum up the response as no.        09:55:40AM
 5      Q.   Did anyone provide you a reason for why they    09:55:44AM
 6   wouldn't support you doing pop culture writing on the   09:55:51AM
 7   general assignment desk?                                09:55:56AM
 8      A.   No good reason.  It was just along the lines of 09:55:58AM
 9   this isn't what we want you to focus on right now.  In  09:56:04AM
10   fact, I even offered to do things on my own time that   09:56:09AM
11   didn't interfere with my scheduled in Metro news and was 09:56:16AM
12   even told that I couldn't do that, and given no reason  09:56:19AM
13   why.                                                    09:56:22AM
14      Q.   You were considered a nonexempt employee,       09:56:24AM
15   correct?                                                09:56:28AM
16      A.   I don't know what that means.                   09:56:28AM
17      Q.   Were you -- well, let me strike that.  I'll     09:56:30AM
18   come back to that.                                      09:56:37AM
19      A.   Can I get a refill here?                        09:56:39AM
20      Q.   Sure.                                           09:56:41AM
21           THE WITNESS:  Oh, thanks.  Okay.                09:56:45AM
22      Q.   Did you feel like going to the --               09:56:54AM
23           MS. SULLIVAN WEISS:  I'll give them a minute.   09:57:00AM
24           THE WITNESS:  Thanks.                           09:57:02AM
25      Q.   Did you feel like going to become a general     09:57:17AM
```

```
                                                                    Page 43
 1   assignment reporter on the Metro desk was sort of a step        09:57:23AM
 2   down after being the pop culture writer for eight years?        09:57:26AM
 3        A.   In a way.                                             09:57:30AM
 4        Q.   Why is that?                                          09:57:31AM
 5        A.   Because I was doing very distinctive, well-           09:57:33AM
 6   praised popular work prior to that, and then I was put in       09:57:36AM
 7   a situation where, as I said, I was more often than not         09:57:40AM
 8   just treated like an intern and just kind of used like a        09:57:43AM
 9   spare body with no regard for my demonstrated skills.           09:57:49AM
10        Q.   How did that make you feel?                           09:57:53AM
11        A.   Are my feelings at issue here?  I don't               09:57:55AM
12   understand.                                                     09:57:59AM
13        Q.   How did that make you feel when you were saying       09:57:59AM
14   -- you say that you were used like a gofer or intern?           09:58:01AM
15        A.   It was frustrating.                                   09:58:04AM
16        Q.   Did that affect your happiness in your job?           09:58:06AM
17        A.   Of course.                                            09:58:12AM
18        Q.   Okay.  During the time that you were on the           09:58:13AM
19   Metro general assignment desk and experiencing some             09:58:28AM
20   displeasure with your job or feeling like you were a gofer      09:58:32AM
21   or intern, did you look for jobs either outside of the          09:58:35AM
22   Metro general assignment reporter job or outside of The         09:58:39AM
23   Seattle Times?                                                  09:58:45AM
24        A.   I didn't make any serious attempts to look for        09:58:45AM
25   other work because to some extent I still considered            09:58:49AM
```

```
 1  myself kind of a lifer at The Times.  I had always said          09:58:53AM
 2  that I wanted to retire from that place.                         09:58:57AM
 3           Having said that, I was working on a comic book         09:58:59AM
 4  at the time and, you know, I was open to that turning into       09:59:03AM
 5  something else, and there had been some TV interest in it        09:59:06AM
 6  and I sent a query to Comedy Central, but I had never put        09:59:10AM
 7  in a serious effort to get work elsewhere before I left          09:59:19AM
 8  because I still loved the place.                                 09:59:24AM
 9       Q.   So, I think you've touched on this a little            09:59:26AM
10  bit, but I want to make sure I understand.  When you're          09:59:29AM
11  talking about doing the pop culture writing in the               09:59:31AM
12  features department, that's different than breaking news,        09:59:34AM
13  right?                                                           09:59:38AM
14       A:   There's some news in that, but yeah, it's              09:59:39AM
15  largely different.  I mean, you have beats that you know         09:59:42AM
16  and not so much as breaking, because you're aware of             09:59:47AM
17  what's going on and preparing for anything that happens          09:59:51AM
18  because you're an expert in your field.                          09:59:53AM
19       Q.   So, when you went over to the general                  09:59:55AM
20  assignment desk, you were now working on sort of whatever        09:59:57AM
21  the news of the day was; is that correct?                        10:00:00AM
22       A.   Mostly.                                                10:00:04AM
23       Q.   So, when you left the office on Tuesday and            10:00:05AM
24  come back on Monday -- sorry, come back on Wednesday, you        10:00:07AM
25  may not have any idea what the day will hold in terms of         10:00:11AM
```

```
 1  stories or what you need to do; is that correct?        10:00:15AM
 2       A.   A lot of times.  There were some ongoing things  10:00:17AM
 3  that I would be working on from time to time, but those   10:00:20AM
 4  would be tossed aside if anything else happened to take me 10:00:23AM
 5  off it.                                                   10:00:27AM
 6       Q.   That didn't happen very often when you were    10:00:28AM
 7  doing pop culture writing; is that correct?              10:00:30AM
 8       A.   Correct.                                       10:00:34AM
 9       Q.   So, my understanding, and you can correct me   10:00:42AM
10  here if I'm wrong, was that on the Metro desk, most      10:00:45AM
11  reporters or many reporters are assigned to beats; is that 10:00:49AM
12  right?                                                    10:00:52AM
13       A.   Many are.                                      10:00:52AM
14       Q.   Then there are some that are called general    10:00:54AM
15  assignment reporters, which is what you were doing,      10:00:56AM
16  correct?                                                 10:00:59AM
17       A.   Yes.
18       Q.   So, did you ever explore or talk to your       10:01:01AM
19  editors about being assigned to a beat instead of general 10:01:04AM
20  assignment?                                              10:01:07AM
21       A.   I was just told that that was all there was for 10:01:10AM
22  me.  I'm trying to think.  I mean, I find it impossible to 10:01:13AM
23  believe that I didn't discuss that with anybody because at 10:01:26AM
24  least having a beat would have alleviated some of the    10:01:30AM
25  frustrations, but I can't think of specifics right at this 10:01:34AM
```

```
 1  instant.                                                    10:01:38AM
 2      Q.   Okay.  Well, if you think of anything else         10:01:38AM
 3  today, you'll let me know, please.                          10:01:41AM
 4      A.   Yes.                                               10:01:43AM
 5      Q.   Mr. Rahner, I see that you have a notepad and      10:01:53AM
 6  some paper.  Is that anything -- what is the paper that     10:01:56AM
 7  you brought with you today other than the blank sheet of    10:02:00AM
 8  paper?                                                      10:02:02AM
 9      A.   It's just a copy of the EEOC complaint that I      10:02:03AM
10  believe you have a copy of in case I thought I needed to    10:02:06AM
11  refresh my memory on anything.  You're welcome to make a    10:02:09AM
12  copy of it.                                                 10:02:12AM
13      Q.   Okay.  We will make a copy of that during a        10:02:14AM
14  break.                                                      10:02:17AM
15      A.   Sure.                                              10:02:18AM
16      Q.   Describe for me how the Metro desk works as a      10:02:25AM
17  general assignment reporter in your experience.             10:02:30AM
18      A.   How it works?                                      10:02:34AM
19      Q.   How do you get your work?  How do you block out    10:02:35AM
20  your day?  How do you get assignments?  Do you generate     10:02:38AM
21  assignments or generate stories?                            10:02:42AM
22      A.   More often than not I'd be given an assignment     10:02:46AM
23  based on what was going on or an idea an editor had to      10:02:50AM
24  fill the next day's paper.  I would try to generate         10:02:57AM
25  assignments of my own when possible, but that was the       10:03:00AM
```

```
 1   exception and not the rule.                          10:03:04AM
 2        Q.   So, how are -- when did you get your       10:03:07AM
 3   assignments?  How does that work?                    10:03:11AM
 4        A.   Either when I came in or the night before, 10:03:14AM
 5   depending on the circumstances, depending on what was 10:03:17AM
 6   happening at the time or the day before.  There were quite 10:03:20AM
 7   a number of variations on how you would begin an     10:03:27AM
 8   assignment.                                          10:03:30AM
 9        Q.   So, would Matt Kreamer typically be the person 10:03:31AM
10   who would come in and talk to you about an assignment? 10:03:34AM
11        A.   Generally.                                 10:03:36AM
12        Q.   Were there ever any like meetings with the 10:03:37AM
13   reporters and the editors where you talked about who's 10:03:41AM
14   going to do what assignments during a particular day? 10:03:44AM
15        A.   That's a fairly routine occurrence.        10:03:47AM
16        Q.   Tell me about that.  Does that happen on a 10:03:49AM
17   daily basis?                                         10:03:54AM
18        A.   Group meetings?  No, not daily.            10:03:58AM
19        Q.   Weekly?                                    10:04:01AM
20        A.   I's haphazard.  It depends on events going on 10:04:02AM
21   at the time.                                         10:04:06AM
22        Q.   Okay.  So, when would those meetings take place 10:04:06AM
23   typically?                                           10:04:14AM
24        A.   You mean in addition to what I just said about 10:04:15AM
25   them being haphazard depending on what's going on at the 10:04:18AM
```

```
 1  time?                                                    10:04:22AM
 2      Q.   What time of day?                               10:04:23AM
 3      A.   No set time.                                    10:04:24AM
 4      Q.   So, are those meetings more common where        10:04:27AM
 5  there's some kind of breaking news event, is that        10:04:31AM
 6  typically where that would happen?                       10:04:33AM
 7      A.   Yeah, I think so.  Otherwise you just           10:04:35AM
 8  individually would check in with your editor.            10:04:38AM
 9      Q.   And do you recall what hours Matt worked, Matt  10:04:49AM
10  Kreamer?                                                 10:04:55AM
11      A.   I think he worked different shifts on different 10:04:55AM
12  days, but I don't recall his specific schedule.  There   10:04:59AM
13  were days that he left early, days that he stayed late,  10:05:05AM
14  and I don't know what his overall schedule was.          10:05:09AM
15      Q.   So, when you started over at the Metro desk,    10:05:16AM
16  you were starting to tell me about how you tried to      10:05:19AM
17  incorporate some of that pop culture reporting or your   10:05:21AM
18  expertise in pop culture into the role; is that correct? 10:05:26AM
19      A.   Yes.                                            10:05:29AM
20      Q.   You described the Q-and-A pieces?               10:05:30AM
21      A.   Uh-huh, yes.                                    10:05:35AM
22      Q.   You also talked about video reporting or videos 10:05:36AM
23  that you created?                                        10:05:40AM
24      A.   Yeah, I made a series of short videos, yes.     10:05:42AM
25      Q.   Did you ever talk about a pop culture blog?     10:05:46AM
```

```
 1        A.   Yes.
 2        Q.   Is that something that ever went anywhere?    10:05:50AM
 3        A.   No.                                           10:05:53AM
 4        Q.   Who did you talk to about the pop culture blog?  10:05:56AM
 5        A.   Mainly Kreamer.                               10:06:00AM
 6        Q.   Was there -- was there interest in it from    10:06:02AM
 7   Kreamer?                                                10:06:06AM
 8        A.   Not really.  I mean, as opposed to him just   10:06:09AM
 9   passing it up the chain, chain of command.              10:06:14AM
10        Q.   So, other than doing the Q-and-A pieces, the  10:06:21AM
11   video reporting, you -- the rest of your time was spent 10:06:25AM
12   doing the general assignment news reporting, correct?   10:06:29AM
13        A.   Correct, for the most part.                   10:06:33AM
14        Q.   We talked a little bit about getting story    10:06:45AM
15   assignments versus thinking up your own story ideas.  Am I  10:06:49AM
16   correct in saying that when you come up with your own   10:06:55AM
17   story ideas, those are enterprise pieces or enterprise  10:06:58AM
18   reporting, is that the right term in your view?         10:07:01AM
19        A.   I don't have the definition of enterprise     10:07:06AM
20   reporting handy.  But it just tended to be something that  10:07:09AM
21   wasn't breaking news.  And it was -- well, that's mainly  10:07:12AM
22   as I understood it.                                     10:07:19AM
23        Q.   So, in your view, enterprise reporting isn't  10:07:20AM
24   about who generates the story, but it's about whether it's  10:07:23AM
25   something that is breaking news or something that is more  10:07:26AM
```

```
1      A.   You could do a byline count, but I couldn't      10:08:45AM
2  tell you off the top of my head, because there were long  10:08:48AM
3  ones, short ones, things that required days or weeks,     10:08:51AM
4  things that I could turn around in an hour or a day,      10:08:55AM
5  briefs.                                                   10:08:58AM
6      Q.   So, it's not the type of thing that you keep     10:08:59AM
7  track of?                                                 10:09:01AM
8      A.   Not a mental calculation, no.  But it's easy to  10:09:03AM
9  do a byline count in the newsroom's computer system.      10:09:08AM
10     Q.   Okay.  So, during the time that you were a       10:09:13AM
11 general assignment reporter, can you estimate the number  10:09:15AM
12 of stories that you did that were your own ideas?         10:09:18AM
13     A.   I couldn't possibly.                             10:09:20AM
14     Q.   So, at the time that you were assigned --        10:09:38AM
15 reassigned from features to Metro, do you remember talking 10:09:40AM
16 to Matt Kreamer, Jim Simon, and Mark Higgins about what   10:09:43AM
17 your role was going to be on the paper or on the Metro    10:09:49AM
18 desk?                                                     10:09:54AM
19     A.   Yes.
20     Q.   Do you remember talking about the -- developing  10:09:56AM
21 the Q and As?                                             10:09:58AM
22     A.   Well, I'd already been doing that, but they      10:09:59AM
23 they agreed at least at the time that I should continue   10:10:07AM
24 doing them.                                               10:10:09AM
25     Q.   So, why don't you tell me what your              10:10:10AM
```

```
 1  recollection is of that conversation that you had with        10:10:12AM
 2  Matt Kreamer, Mark Higgins, and Jim Simon about what your     10:10:14AM
 3  role would be on the Metro desk.                              10:10:18AM
 4       A.   Essentially that I would be a Metro GA              10:10:20AM
 5  reporter, but that time permitting, I would still be          10:10:24AM
 6  allowed to do the Q and A.                                    10:10:26AM
 7       Q.   Do you remember talking to Matt Kreamer, Mark       10:10:30AM
 8  Higgins, and Jim Simon about their expectation that you       10:10:37AM
 9  would generate story ideas?                                   10:10:42AM
10       A.   That's expected of everybody.                       10:10:44AM
11       Q.   Do you remember specifically having a               10:10:46AM
12  conversation with them about that during that time?           10:10:48AM
13       A.   Only in the most general terms.  Everybody          10:10:50AM
14  there who is a reporter is expected to try and come up        10:10:55AM
15  with story ideas when they can.                               10:10:58AM
16       Q.   Okay.                                               10:11:02AM
17            (Exhibit 1 marked.)                                 10:11:40AM
18       Q.   The court reporter has handed you what's been       10:11:40AM
19  marked as Exhibit 1, and I'll represent to you this is an     10:11:43AM
20  email that is not sent to you, so I suspect you didn't        10:11:46AM
21  receive it at the time you were at The Times; is that         10:11:49AM
22  correct?                                                      10:11:54AM
23       A.   Can I look at it before we talk?                    10:11:54AM
24       Q.   Sure.                                               10:11:59AM
25       A.   Oh, yeah, just a second.  Let me get to the end     10:12:04AM
```

| | | |
|---|---|---|
| 1 | thought you were done. | 10:21:17AM |
| 2 | Q. I have a bad habit of sort of taking a pause at | 10:21:19AM |
| 3 | the end of the question, so I apologize about that. | 10:21:23AM |
| 4 | A. You and Columbo. | 10:21:27AM |
| 5 | Q. When did you work the evening shift while you | 10:21:30AM |
| 6 | were on the Metro desk as a general assignment reporter? | 10:21:32AM |
| 7 | A. Well, like all the other reporters, I had to | 10:21:35AM |
| 8 | fill in occasionally on weekends. As I said, more and | 10:21:39AM |
| 9 | more as the staff grew smaller. And then when the | 10:21:44AM |
| 10 | reporter whose job it was became ill, I once filled in for | 10:21:47AM |
| 11 | a two-week stretch. | 10:21:54AM |
| 12 | Q. Do you remember when that was that you filled | 10:21:55AM |
| 13 | in for the two-week stretch? | 10:21:59AM |
| 14 | A. Oh, I think it must have been in the spring of | 10:22:01AM |
| 15 | 2010, I think. But I could be wrong. It might have been | 10:22:04AM |
| 16 | in the fall of 2009. But I think it was the spring of | 10:22:12AM |
| 17 | 2010. | 10:22:15AM |
| 18 | Q. Do you remember any -- is there any event that | 10:22:16AM |
| 19 | occurred while you were on that two-week night shift that | 10:22:22AM |
| 20 | would help place it in time? | 10:22:24AM |
| 21 | A. No. | 10:22:26AM |
| 22 | Q. There was no like big breaking news story that | 10:22:27AM |
| 23 | will help us identify when you actually worked it? | 10:22:30AM |
| 24 | A. It all kind of blends together. | 10:22:32AM |
| 25 | Q. I understand that you worked an overnight -- | 10:22:34AM |

```
 1     A.   I think toward the end it had gotten down to        10:23:47AM
 2  maybe once every month or six weeks, something like that.   10:23:52AM
 3     Q.   Then you said you covered an employee who got       10:23:58AM
 4  ill; is that right?                                         10:24:03AM
 5     A.   Yes.                                                10:24:03AM
 6     Q.   Is that Charles, I'm sorry, Brown, Charles          10:24:04AM
 7  Brown?                                                      10:24:08AM
 8     A.   Yes.
 9     Q.   So, Charles Brown was the general assignment        10:24:08AM
10  Metro desk reporter assigned to the evening shift; is that  10:24:13AM
11  correct?                                                    10:24:16AM
12     A.   He was the night reporter, yes.                     10:24:16AM
13     Q.   And he became ill?                                  10:24:22AM
14     A.   He had cancer.                                      10:24:26AM
15     Q.   And you filled in for two weeks; is that right?     10:24:29AM
16     A.   Yes.
17     Q.   So, tell me about your experience working the       10:24:34AM
18  evening shift during that two-week period.                  10:24:38AM
19     A.   It was horrible.  At the end of it, I was just      10:24:41AM
20  completely ragged and exhausted and my nerves were racked.  10:24:44AM
21  It was miserable.                                           10:24:49AM
22     Q.   So, for the two-week period was it like a           10:24:56AM
23  Monday through Friday?                                      10:25:01AM
24     A.   I think so.                                         10:25:04AM
25     Q.   So, you would work Monday through Friday from       10:25:05AM
```