| | | |
|---|---|---|
| 1 | 3 to 11:30; is that right? | 10:25:09AM |
| 2 | A. Yes. | |
| 3 | Q. Was there also an editor on staff at the time? | 10:25:16AM |
| 4 | A. Generally there was one editor, but toward the | 10:25:21AM |
| 5 | end of the evenings, that's part of the reason the job was | 10:25:25AM |
| 6 | so awful, toward the end of the evening, the editor goes | 10:25:29AM |
| 7 | home and you are the reporter and the editor. | 10:25:32AM |
| 8 | Q. What time does the editor go home? | 10:25:35AM |
| 9 | A. Oh, I think it's different times, but sometimes | 10:25:37AM |
| 10 | 10ish. | 10:25:40AM |
| 11 | Q. So, different times, sometimes 10. Are there | 10:25:44AM |
| 12 | other times when the editor goes home? | 10:25:47AM |
| 13 | A. Yes, but let's just say in general I think 10. | 10:25:49AM |
| 14 | Q. So, in your experience during that two-week | 10:25:52AM |
| 15 | period the editor was going home at 10? | 10:25:55AM |
| 16 | A. I think so. | 10:25:57AM |
| 17 | Q. Who was the editor? | 10:25:57AM |
| 18 | A. Kathy McLain. | 10:25:58AM |
| 19 | Q. So, from 10 to 11:30 you say that you were the | 10:26:03AM |
| 20 | only one on the desk; is that right? | 10:26:07AM |
| 21 | A. Actually, now that I think of that, I think | 10:26:12AM |
| 22 | that was mainly on weekends. I think that -- I think that | 10:26:14AM |
| 23 | the editor during the weekdays might be there until the | 10:26:17AM |
| 24 | end. Yeah, weekends, sorry about that. | 10:26:21AM |
| 25 | Q. It's okay. | 10:26:32AM |

| | | |
|---|---|---|
| 1 | Q. So, can I -- let me -- tell me if this is a | 10:29:31AM |
| 2 | fair summing up of this. That, in your view, the evening | 10:29:35AM |
| 3 | shift on the Metro desk does not require much journalistic | 10:29:39AM |
| 4 | talent or experience; is that correct? | 10:29:43AM |
| 5 | A. I don't know that I'd state it that way, but -- | 10:29:46AM |
| 6 | journalistic talent and experience might help, but it's | 10:29:49AM |
| 7 | certainly not a job that requires the expertise of a | 10:29:54AM |
| 8 | senior reporter. | 10:29:58AM |
| 9 | Q. Did you feel like the job was below you? | 10:30:00AM |
| 10 | A. Well, I don't know that I would agree with your | 10:30:06AM |
| 11 | phrasing of that. I didn't think it was an appropriate | 10:30:10AM |
| 12 | job for my skills. | 10:30:14AM |
| 13 | Q. Did you feel like your talent would be wasted | 10:30:25AM |
| 14 | on the evening shift? | 10:30:28AM |
| 15 | A. Of course. | 10:30:31AM |
| 16 | Q. So, during that two-week period when you were | 10:30:44AM |
| 17 | working on the evening shift, were there some nights that | 10:30:47AM |
| 18 | were busier than other nights? | 10:30:50AM |
| 19 | A. Yes, there's an ebb and flow to it. There is | 10:30:52AM |
| 20 | some downtime, but it's punctuated with completely | 10:30:55AM |
| 21 | unpredictable events, so whatever the downtime is, you | 10:30:58AM |
| 22 | don't know how long it's going to last. You can't really | 10:31:02AM |
| 23 | -- you can't really start any work that you expect to | 10:31:05AM |
| 24 | finish because you could be called out to go to a crime | 10:31:09AM |
| 25 | scene or anything that happens. It's completely | 10:31:13AM |

| | | |
|---|---|---|
| 1 | unpredictable. So, yes, there were some quiet nights or | 10:31:17AM |
| 2 | quiet portions of nights, but you never know. It's the | 10:31:21AM |
| 3 | kind of intermittent feedback, which is the psychological | 10:31:25AM |
| 4 | term, intermittent feedback, which has been proven to | 10:31:29AM |
| 5 | drive lab rats insane. | 10:31:33AM |
| 6 | Q. Okay. I'll get to that in a minute. | 10:31:36AM |
| 7 | A. We're going to talk about lab rats today? You | 10:31:38AM |
| 8 | made me cough. | 10:31:41AM |
| 9 | Q. So, during the two-week period that you were on | 10:31:42AM |
| 10 | the night shift or the evening shift, did you ever -- were | 10:31:45AM |
| 11 | you ever called out to a crime scene? | 10:31:48AM |
| 12 | A. I don't recall the specifics of that two weeks | 10:31:49AM |
| 13 | any greater than I do any other night shift that I had. I | 10:31:54AM |
| 14 | recall that the cumulative stress of that two weeks left | 10:32:00AM |
| 15 | me an utter wreck at the end of it. | 10:32:03AM |
| 16 | Q. So, again, I'm going to remind you to try to | 10:32:06AM |
| 17 | focus on the question that I'm asking and answer it. The | 10:32:08AM |
| 18 | question was, do you recall being called out to a crime | 10:32:11AM |
| 19 | scene during the two weeks that you were covering Charles | 10:32:14AM |
| 20 | Brown? | 10:32:16AM |
| 21 | A. I don't recall that specifically now, but that | 10:32:16AM |
| 22 | doesn't mean that it didn't happen. | 10:32:18AM |
| 23 | Q. Do you recall being called out of the office, | 10:32:20AM |
| 24 | having to leave The Seattle Times to go cover something | 10:32:22AM |
| 25 | during the two weeks that you were there? | 10:32:25AM |

| | | |
|---|---|---|
| 1 | A. I don't recall the specifics, but it's highly | 10:32:26AM |
| 2 | possible and likely that it happened. | 10:32:29AM |
| 3 | Q. But you don't have any recollection of actually | 10:32:30AM |
| 4 | being on the night shift, having to leave The Seattle | 10:32:33AM |
| 5 | Times, and going and covering a story? | 10:32:35AM |
| 6 | A. I didn't keep notes at the time. | 10:32:37AM |
| 7 | Q. So, you don't recall? | 10:32:39AM |
| 8 | A. No. But it's more than likely that it | 10:32:41AM |
| 9 | happened. The odds of -- I can answer the question | 10:32:52AM |
| 10 | further. The odds of my just sitting in that building for | 10:32:54AM |
| 11 | two straight weeks on that night shift are approximately | 10:32:59AM |
| 12 | zero. | 10:33:02AM |
| 13 | Q. Do you know whether the editor -- well, let me | 10:33:14AM |
| 14 | strike that. | 10:33:17AM |
| 15 | During the two weeks that you were covering the | 10:33:18AM |
| 16 | night shift, did the editor, to your recollection, ever go | 10:33:20AM |
| 17 | out to cover a story? | 10:33:23AM |
| 18 | A. I don't think so. | 10:33:25AM |
| 19 | Q. So, when you were a general assignment reporter | 10:33:30AM |
| 20 | during the day shift on the Metro desk, you would have to | 10:33:35AM |
| 21 | go out and cover stories on an unpredictable basis; is | 10:33:38AM |
| 22 | that correct? | 10:33:46AM |
| 23 | A. It was -- I don't think that's my phone. I | 10:33:46AM |
| 24 | think there was a little bit more planning permitted, and | 10:33:49AM |
| 25 | it wasn't -- it wasn't as abrupt and unpredictable. | 10:33:52AM |

```
 1  that.                                                          11:02:21AM
 2              Did you and Matt Kreamer go out for coffee very    11:02:22AM
 3  often?                                                         11:02:24AM
 4      A.   Yeah.                                                 11:02:24AM
 5      Q.   Do you remember during one of those coffee            11:02:25AM
 6  sessions or more than one of those coffee sessions talking     11:02:27AM
 7  about how you were unhappy at Metro desk?                      11:02:30AM
 8      A.   Well, that probably would have come up fairly         11:02:34AM
 9  often because I was always pitching work that was more         11:02:37AM
10  appropriate to my demonstrated skills and seniority.           11:02:42AM
11      Q.   So, the fact that you were pitching work would        11:02:47AM
12  have led you to communicate to Matt Kreamer that you were      11:02:50AM
13  unhappy?                                                       11:02:53AM
14      A.   Well, no, I would just always be -- well, I           11:02:53AM
15  would always be suggesting things that I thought that          11:02:56AM
16  could be a better fit, that would work better, that would      11:03:00AM
17  be good stories, and that kind of thing.  I didn't go take     11:03:04AM
18  a crying towel with me to our coffee sessions if that's        11:03:07AM
19  what you're suggesting.                                        11:03:10AM
20      Q.   I'm asking questions.  I'm not suggesting             11:03:11AM
21  anything.  I'm just trying to understand whether you told      11:03:13AM
22  Kreamer that you were unhappy on the Metro desk?               11:03:15AM
23      A.   I very well may have been, and I may have told        11:03:19AM
24  him that, but I don't recall specifically a time when we       11:03:22AM
25  were at coffee when I said, "Matt, I'm unhappy on the          11:03:28AM
```

| | | |
|---|---|---|
| 1 | Metro desk." | 11:03:31AM |
| 2 | Q.  Do you remember a time when you and Matt | 11:03:33AM |
| 3 | Kreamer were at coffee where Matt told you that you were | 11:03:35AM |
| 4 | not meeting expectations on the Metro desk? | 11:03:39AM |
| 5 | A.  No. | 11:03:42AM |
| 6 | Q.  So, you received a performance evaluation in | 11:03:46AM |
| 7 | the weeks or months before your vacation that took place | 11:03:53AM |
| 8 | in the summer of 2010; is that correct? | 11:03:56AM |
| 9 | A.  Yes. | |
| 10 | Q.  So, how soon before you went on vacation did | 11:03:59AM |
| 11 | you receive that performance evaluation? | 11:04:02AM |
| 12 | A.  I'd have to have the evaluation sitting in | 11:04:04AM |
| 13 | front of me for the exact date, but it was -- you know, it | 11:04:07AM |
| 14 | was in the spring of that year. | 11:04:10AM |
| 15 |      (Exhibit 2 marked.) | 11:04:47AM |
| 16 | Q.  The court reporter's handed you what's been | 11:04:47AM |
| 17 | marked as Exhibit 2, entitled "Performance Evaluation for | 11:04:50AM |
| 18 | Mark Rahner, 2010 Reporter Evaluation."  Do you recall | 11:04:53AM |
| 19 | receiving this document? | 11:04:59AM |
| 20 | A.  It certainly looks familiar, yes. | 11:05:00AM |
| 21 | Q.  Did you review this document in preparation for | 11:05:03AM |
| 22 | you deposition? | 11:05:07AM |
| 23 | A.  No, I didn't. | 11:05:08AM |
| 24 | Q.  So, this is the evaluation that we were talking | 11:05:14AM |
| 25 | about that you received before you went on vacation in the | 11:05:16AM |

| | | | |
|---|---|---|---|
| 1 | | summer of 2010 and didn't return to work; is that correct? | 11:05:20AM |
| 2 | A. | Yes. | |
| 3 | Q. | This notes that your supervisor is Matt | 11:05:25AM |
| 4 | | Kreamer. Do you remember who delivered this evaluation to | 11:05:30AM |
| 5 | | you? | 11:05:34AM |
| 6 | A. | Kreamer did. | 11:05:34AM |
| 7 | Q. | Was anybody else in the meeting? | 11:05:39AM |
| 8 | A. | No. | 11:05:42AM |
| 9 | Q. | So, tell me about the performance evaluation | 11:05:57AM |
| 10 | | meeting with Matt Kreamer. | 11:06:02AM |
| 11 | A. | Sure. It was preposterous. | 11:06:03AM |
| 12 | Q. | Tell me about when it occurred. | 11:06:06AM |
| 13 | A. | Didn't we already cover that? What do you | 11:06:09AM |
| 14 | | mean, when it occurred? | 11:06:11AM |
| 15 | Q. | Like what time of day, sorry. | 11:06:13AM |
| 16 | A. | Oh, I don't recall what time of day. | 11:06:15AM |
| 17 | Q. | Where did it occur? | 11:06:16AM |
| 18 | A. | In the fishbowl office in the newsroom. | 11:06:17AM |
| 19 | Q. | I think you said it was just you and Matt | 11:06:23AM |
| 20 | | Kreamer -- | 11:06:27AM |
| 21 | A. | That's what I said. | 11:06:27AM |
| 22 | Q. | -- present? How long did the meeting last? | 11:06:28AM |
| 23 | A. | I don't know. | 11:06:31AM |
| 24 | Q. | 10 minutes, half hour, hour? | 11:06:31AM |
| 25 | A. | Oh, between 10 minutes and a half hour. It | 11:06:35AM |

```
 1   evaluation in the section that talks about what you needed      11:09:26AM
 2   to improve that you felt was constructive feedback that         11:09:30AM
 3   you would try to improve upon?                                  11:09:36AM
 4        A.   None of it was constructive.  It was all a            11:09:37AM
 5   hatchet job.  But show me specifically the portion you're       11:09:40AM
 6   talking about.                                                  11:09:43AM
 7        Q.   I'm talking about the section, number 4,              11:09:43AM
 8   starting on the second page of Exhibit 2, ST000227.             11:09:45AM
 9        A.   Give me a second to reread it.  Okay.  So,            11:09:53AM
10   I've just reread that one paragraph.  Go ahead and ask me       11:10:28AM
11   your question again.                                            11:10:32AM
12        Q.   My question is, in section 4 and then there's         11:10:33AM
13   an area that says goals for next year and how to                11:10:36AM
14   accomplish them, is there anything that you took out of         11:10:39AM
15   this evaluation that you felt like that was constructive        11:10:41AM
16   feedback that you would try to work on or improve?              11:10:47AM
17        A.   It wasn't meant to be constructive, and I             11:10:48AM
18   didn't take it that way.  It was meant to cut me down and       11:10:51AM
19   falsely assert that I'd been a far worse employee than I'd      11:10:54AM
20   been.  I didn't take it seriously in the slightest.  It         11:11:01AM
21   was laughable.                                                  11:11:04AM
22        Q.   Okay, we can set it aside.                            11:11:05AM
23        A.   I mean, we can go through it point by point if        11:11:07AM
24   you'd like, but it was truly absurd.                            11:11:10AM
25        Q.   My question was, was there anything in that           11:11:13AM
```

```
 1   to what extent you provided feedback on it?              11:13:15AM
 2       A.   Well, I signed off on it.                        11:13:18AM
 3       Q.   Do you remember whether you made changes to it?  11:13:19AM
 4       A.   There may have been some fine-tuning.  I don't   11:13:22AM
 5   recall specifics.                                         11:13:25AM
 6            MR. LINN:  And I'll instruct you not to provide  11:13:26AM
 7   any specifics about what we actually discussed.           11:13:28AM
 8            THE WITNESS:  Got you.                           11:13:31AM
 9       Q.   So, you have a claim in this lawsuit for         11:13:43AM
10   hostile work environment on the basis of your disability. 11:13:48AM
11       A.   Quite so.                                        11:13:52AM
12       Q.   So, do you claim that you were subjected to      11:13:53AM
13   hostile work environment at The Seattle Times Company?    11:13:56AM
14       A.   Very much so.                                    11:13:59AM
15       Q.   On the basis of your alleged disability of       11:14:01AM
16   chronic fatigue syndrome?                                 11:14:05AM
17       A.   Yes.                                             11:14:10AM
18       Q.   On any other basis?                              11:14:10AM
19       A.   Well, they didn't like me, but let's stick with  11:14:13AM
20   the chronic fatigue.                                      11:14:16AM
21       Q.   What is it that anyone at The Seattle Times      11:14:18AM
22   Company did or did not do that you believe created a      11:14:21AM
23   hostile work environment?  I'm asking for specifics.      11:14:24AM
24       A.   They tried to assign me to a position that was   11:14:29AM
25   going to worsen my health when they knew it as a punitive 11:14:31AM
```

```
 1  measure for disliking me and a blatant attempt to drive me      11:14:35AM
 2  out because they knew that it was unfeasible for me to          11:14:39AM
 3  maintain that job.                                              11:14:46AM
 4      Q.  Is there anything else that anyone at The               11:14:51AM
 5  Seattle Times Company did or did not do to you that you         11:14:54AM
 6  believe is a hostile work environment?                          11:14:58AM
 7      A.  Sure.  Even though I repeatedly described the           11:15:00AM
 8  chronic fatigue to my managers and provided them with           11:15:04AM
 9  medical documentation of it, and I'm talking about              11:15:08AM
10  Kreamer, Higgins, and Boardman, they all repeatedly just        11:15:11AM
11  kept telling me that I didn't like mornings.                    11:15:16AM
12      Q.  So, this was Kreamer, Higgins, and Boardman?            11:15:23AM
13      A.  Yes.  I don't mean to leave Suki out.  But I            11:15:28AM
14  just can't recall specifically if she ever said that.           11:15:33AM
15      Q.  Is there anything else that anyone at The               11:15:37AM
16  Seattle Times Company did or did not do that you believe        11:15:40AM
17  created a hostile work environment other than what you          11:15:43AM
18  just described?                                                 11:15:46AM
19      A.  Well, they refused to make any reasonable               11:15:47AM
20  accommodation for my worsening ongoing sickness and             11:15:50AM
21  finally they made a move to worsen it.                          11:15:55AM
22      Q.  We'll talk about the reasonable accommodation.          11:16:01AM
23  Because you have different claims here.  You have a             11:16:05AM
24  hostile work environment claim, you have a reasonable           11:16:07AM
25  accommodation claim, and you also have a disability             11:16:09AM
```

| | | |
|---|---|---|
| 1 | discrimination claim. | 11:16:12AM |
| 2 |     A.   So, we're on the hostile work environment. | 11:16:13AM |
| 3 | Tell me what else I can answer about that. | 11:16:15AM |
| 4 |     Q.   I want to understand what it is you believe | 11:16:18AM |
| 5 | created a work environment that rose to the level of being | 11:16:20AM |
| 6 | a hostile work environment on the basis of your | 11:16:23AM |
| 7 | disability.  You've described two things.  One is the | 11:16:26AM |
| 8 | assignment to the evening shift, and the second is -- are | 11:16:28AM |
| 9 | the comments about your not liking mornings.  Is there | 11:16:32AM |
| 10 | anything else? | 11:16:37AM |
| 11 |     A.   Well, after I communicated numerous times the | 11:16:37AM |
| 12 | problems I was having and my need for them to help me out | 11:16:43AM |
| 13 | -- I mean, there were months that went by when not only | 11:16:48AM |
| 14 | would they not do anything to help, but they would keep on | 11:16:55AM |
| 15 | complaining about the situation while not doing anything | 11:17:00AM |
| 16 | to help.  That didn't sound very clear, but -- | 11:17:05AM |
| 17 |     Q.   No, I'm not sure I understand what it is you're | 11:17:09AM |
| 18 | referring to. | 11:17:11AM |
| 19 |     A.   After I told them numerous times about the | 11:17:12AM |
| 20 | chronic fatigue I was suffering, I -- I tried to come up | 11:17:16AM |
| 21 | with solutions to deal with it, and not only would they | 11:17:25AM |
| 22 | not consider any solutions to deal with it, every time I, | 11:17:29AM |
| 23 | say, would come in later than usual or would have to go | 11:17:36AM |
| 24 | and crash in my car because I couldn't keep my eyes open | 11:17:39AM |
| 25 | or something like that, they would keep on running through | 11:17:42AM |

```
 1  the same mill of complaining and not doing anything about   11:17:45AM
 2  it.                                                          11:17:50AM
 3      Q.   Complaining about your not being at work during     11:17:51AM
 4  your scheduled hours?                                        11:17:55AM
 5      A.   You know, even though very, very few of the         11:17:57AM
 6  reporters in that building keep a very strict schedule, if   11:18:01AM
 7  I didn't -- if I wasn't there right at 9 o'clock, you        11:18:05AM
 8  know, there would be words about that, and I would say,      11:18:11AM
 9  "Listen, we have to do something about this, because it's    11:18:14AM
10  an ongoing problem," and -- but it was just, you know, the   11:18:17AM
11  same thing again and again.                                  11:18:22AM
12      Q.   So, is there anything other than what you --        11:18:24AM
13  the three things you've just described that you believe      11:18:26AM
14  constituted a hostile work environment at The Seattle        11:18:29AM
15  Times?                                                       11:18:33AM
16      A.   Sometimes when I came in, John de Leon would        11:18:33AM
17  shout, "Hey, look everybody, Rahner's here," which was       11:18:37AM
18  quite embarrassing.                                          11:18:42AM
19      Q.   And John is a reporter?                             11:18:44AM
20      A.   He's an editor. He's an authority figure.           11:18:44AM
21      Q.   How many times did that happen?                     11:18:51AM
22      A.   It happened routinely.                              11:18:52AM
23      Q.   Once a week, once a month, once a day?              11:18:55AM
24      A.   Surely more than once a week, but less than         11:18:59AM
25  once a day. It was all the time and it was an ongoing        11:19:03AM
```

1  different job.  It was a massively different job.                    11:23:30AM
2      Q.  Any other -- anything else on which you base                 11:23:43AM
3  your belief that the assignment to the evening shift was             11:23:47AM
4  done to create a hostile work environment?                           11:23:51AM
5      A.  Well, the context of Kreamer constantly telling              11:23:54AM
6  me how much Higgins hated me, it was fairly obvious that I           11:23:57AM
7  was being punished.                                                  11:24:01AM
8      Q.  So, tell me more about that.  You said that                  11:24:03AM
9  Higgins hated you.  Was that something that you                      11:24:07AM
10 experienced -- well, let me strike that.                             11:24:10AM
11          You said that Kreamer told you Higgins hated                11:24:13AM
12 you.                                                                 11:24:17AM
13     A.  Constantly.                                                  11:24:18AM
14     Q.  When was the first time Kreamer told you?                    11:24:18AM
15     A.  I don't know the first time because it was                   11:24:20AM
16 constant.                                                            11:24:23AM
17     Q.  So, from the outset of your assignment to the                11:24:24AM
18 Metro desk did you feel like Higgins hated you?                      11:24:27AM
19     A.  Not too long after that, and it wasn't a matter              11:24:29AM
20 of feeling.  It was a matter of being explicitly told                11:24:32AM
21 that.  Kreamer would come out of meetings routinely with             11:24:35AM
22 Higgins and say to me, "Man, I don't know what it is, but            11:24:38AM
23 Higgins has a real hard on for you" constantly.                      11:24:41AM
24     Q.  Was there anything else on which you base your               11:25:01AM
25 belief that the assignment to the evening shift was a                11:25:04AM

| | | |
|---|---|---|
| 1 | Q.   You can set it aside.  I'll ask you another | 12:54:51PM |
| 2 | question. | 12:54:54PM |
| 3 | How did chronic fatigue affect you during the | 12:55:32PM |
| 4 | time that you were working at The Seattle Times?  Describe | 12:55:39PM |
| 5 | for me sort of what was the effect of that syndrome or | 12:55:42PM |
| 6 | that condition. | 12:55:47PM |
| 7 | A.   It was a very specific feeling.  It was like a | 12:55:47PM |
| 8 | lead blanket.  It was like -- it wasn't just like being | 12:55:50PM |
| 9 | tired.  It was like how you would imagine kryptonite felt. | 12:55:53PM |
| 10 | It was random.  I didn't know what triggered it.  And I | 12:55:59PM |
| 11 | never knew how long it was going to last.  It could be a | 12:56:05PM |
| 12 | few minutes, hours.  It could be a whole day.  It was very | 12:56:09PM |
| 13 | frustrating.  But the term I used over and over again | 12:56:13PM |
| 14 | describing it to everybody, it just feels like a lead | 12:56:17PM |
| 15 | blanket.  My eyes would get heavy and sunken, and I | 12:56:22PM |
| 16 | couldn't focus, it was hard to concentrate.  And it | 12:56:25PM |
| 17 | wouldn't pass on its own without whatever degree of sleep | 12:56:29PM |
| 18 | was needed at the time.  I felt weak, physically weak. | 12:56:33PM |
| 19 | During these times I would try to force myself to get | 12:56:44PM |
| 20 | exercise and I could easily have fallen asleep in between | 12:56:48PM |
| 21 | sets.  I mean, it was just -- it was debilitating. | 12:56:54PM |
| 22 | Q.   Okay.  How did it affect your energy level in | 12:56:59PM |
| 23 | the morning? | 12:57:07PM |
| 24 | A.   There was no energy level.  It was -- it was | 12:57:09PM |
| 25 | very difficult. | 12:57:13PM |