| | | |
|---|---|---|
| 1 | Q. Were there times of day where you were more -- | 12:57:16PM |
| 2 | you had more energy typically? | 12:57:20PM |
| 3 | A. Well, it seemed like in general afternoons were | 12:57:23PM |
| 4 | better, but as I said, the fatigue attacks were | 12:57:27PM |
| 5 | unpredictable. | 12:57:32PM |
| 6 | Q. But were mornings consistently problematic for | 12:57:36PM |
| 7 | you? | 12:57:41PM |
| 8 | A. Yeah. | 12:57:41PM |
| 9 | Q. Describe for me what was the problem in the | 12:57:42PM |
| 10 | morning. Was it, you you wanted to stay in bed or you | 12:57:44PM |
| 11 | didn't have the energy to get pulled together to get to | 12:57:48PM |
| 12 | work? | 12:57:53PM |
| 13 | A. Well, it's as I described to you when I | 12:57:53PM |
| 14 | described how it felt. It's immobilizing. It's that | 12:57:55PM |
| 15 | exact feeling that I described to you. | 12:57:59PM |
| 16 | Q. So, it would be difficulty getting out of bed? | 12:58:00PM |
| 17 | A. Yeah, honestly, difficult to move, period. I | 12:58:03PM |
| 18 | mean, it's just -- I mean, I've heard people describe | 12:58:07PM |
| 19 | having malaria and things like that, and I've never | 12:58:12PM |
| 20 | experienced it, but it's a very specific sensation that's | 12:58:15PM |
| 21 | not like being worn out or tired or just weary. And it | 12:58:20PM |
| 22 | came on -- it came on after one of the videos that I did, | 12:58:26PM |
| 23 | and I thought it might have been related to that, but I | 12:58:30PM |
| 24 | could never prove it. This was a video that I'd done in | 12:58:34PM |
| 25 | the spring of 2009 where I smashed a computer screen with | 12:58:37PM |

| | | |
|---|---|---|
| 1 | Q. During this time period you were coming in to | 01:03:57PM |
| 2 | work 10 or 11 o'clock; is that typical? | 01:04:02PM |
| 3 | A. At different times every day, but, yeah, | 01:04:06PM |
| 4 | typical. | 01:04:09PM |
| 5 | Q. So, you were provided some flexibility in that | 01:04:11PM |
| 6 | you were coming in at 10 or 11 o'clock on a regular basis? | 01:04:15PM |
| 7 | A. Well, they weren't providing it for me so much | 01:04:18PM |
| 8 | as I was taking it and they were complaining about it and | 01:04:22PM |
| 9 | refusing to do anything to fix the situation. | 01:04:25PM |
| 10 | Q. When you asked for a flexible schedule, what | 01:04:27PM |
| 11 | did Kreamer say? | 01:04:30PM |
| 12 | A. No. | 01:04:30PM |
| 13 | Q. But you did it anyway? | 01:04:31PM |
| 14 | A. I didn't really have a choice. Yes, I did it | 01:04:32PM |
| 15 | anyway. | 01:04:36PM |
| 16 | Q. Is there any witness to Kreamer saying no to | 01:04:38PM |
| 17 | your flexible schedule request that you can't place in | 01:04:42PM |
| 18 | time? | 01:04:46PM |
| 19 | A. No, apart from Higgins who would have known | 01:04:46PM |
| 20 | about it. We didn't typically have a third party in these | 01:04:49PM |
| 21 | meetings where he would say no, so no. | 01:04:52PM |
| 22 | Q. Eventually you talked to Higgins about your | 01:04:58PM |
| 23 | need for a flexible schedule; is that correct? | 01:05:01PM |
| 24 | A. Yes. | |
| 25 | Q. Do you remember when that was? | 01:05:06PM |

```
 1   time we talked, because we talked all the time.  That's        01:11:34PM
 2   how it works in a newsroom.                                    01:11:37PM
 3       Q.   I understand.  You've explained that to me.           01:11:39PM
 4   But I am entitled to know your specific recollection of        01:11:41PM
 5   events that occurred and that's what this deposition is        01:11:44PM
 6   about, is my asking you questions so that I can get            01:11:47PM
 7   information about your claims.                                 01:11:50PM
 8       A.   I understand that.  I'm just trying to be as          01:11:51PM
 9   clear as possible.                                             01:11:54PM
10       Q.   Thank you.  I appreciate that.                        01:11:54PM
11            All right.  So, let's step back for a second          01:11:56PM
12   and talk about, I think it might be helpful if we identify    01:12:05PM
13   what accommodations -- what specific accommodations you        01:12:09PM
14   requested throughout this time period.  So, from the time     01:12:13PM
15   that you realized that you were sick, whether before you       01:12:15PM
16   were diagnosed or not, through the end of your employment     01:12:21PM
17   at The Seattle Times Company, can you identify for me what    01:12:24PM
18   accommodations you requested from The Seattle Times.          01:12:28PM
19       A.   Sure, we've already been through this to some         01:12:31PM
20   degree, but I asked for a schedule with flexibility and        01:12:34PM
21   the possibility of sometimes working at home.  I actually     01:12:37PM
22   didn't specify any specific hours, despite what the            01:12:40PM
23   managers and apparently the union people tried to assert.     01:12:46PM
24   Like I never requested specifically an 11 to 7 a.m. shift     01:12:50PM
25   or anything like that.  All I requested was please give me    01:12:54PM
```

```
 1   a flexible schedule to accommodate fatigue, because it's        01:12:57PM
 2   unpredictable, I don't know how long each spell will last.      01:13:01PM
 3   I just need the flexibility to deal with it.  Happy to put      01:13:05PM
 4   in an eight-hour workday, work until the task is finished,      01:13:10PM
 5   but I just need some flexibility as opposed to none.            01:13:14PM
 6        Q.   So, you asked for a schedule flexibility.  You        01:13:17PM
 7   also asked for working at home.  Was there anything else        01:13:21PM
 8   you asked for?                                                  01:13:24PM
 9        A.   Don't think so.                                       01:13:25PM
10        Q.   I mean, you did take a medical leave; is that         01:13:26PM
11   correct?                                                        01:13:29PM
12        A.   Yes.                                                  01:13:29PM
13        Q.   That was something that you requested?                01:13:29PM
14        A.   Obviously.                                            01:13:32PM
15        Q.   And your doctor, Dr. Dompe, also asked for or         01:13:43PM
16   communicated that you needed a certain number of breaks         01:13:52PM
17   during an eight-hour shift; is that correct?                    01:13:56PM
18        A.   That's not a yes-or-no answer, if you'll allow        01:13:57PM
19   me to answer that in full.                                      01:14:01PM
20        Q.   Well, just hold on a second.  As part of the          01:14:02PM
21   communication with The Seattle Times, Dr. Dompe identified      01:14:06PM
22   that you needed three 15-minute breaks taken as needed          01:14:09PM
23   during an eight-hour shift, correct?                            01:14:13PM
24        A.   There's the potential for this to be                  01:14:15PM
25   misleading.                                                     01:14:17PM
```

```
 1      Q.   We're going to look at that in a minute.           01:20:31PM
 2           Did you ever apply for intermittent FMLA in         01:20:35PM
 3   response to this or any other communication from The       01:20:46PM
 4   Seattle Times?                                              01:20:48PM
 5      A.   I told Matt Kreamer that for a chronic ongoing     01:20:48PM
 6   condition the intermittent leave was totally unfeasible    01:20:53PM
 7   and we needed to find a more reasonable way to deal with   01:20:57PM
 8   the problem that wasn't reinventing the wheel every single 01:21:02PM
 9   day.                                                        01:21:06PM
10      Q.   What was unfeasible about the intermittent         01:21:06PM
11   leave in your view?                                         01:21:06PM
12      A.   The condition was chronic, it was ongoing, it      01:21:06PM
13   was all the time.  So, let me see.  "You'll need to fill   01:21:11PM
14   out what's called an Intermittent Family Medical Leave     01:21:13PM
15   Form.  That will temporarily allow you to be paid for 40   01:21:17PM
16   hours a week even if you are not working that many hours." 01:21:22PM
17           The problem with this was that it would have        01:21:26PM
18   required me, say, the way they explained it, to call in   01:21:30PM
19   every morning if I didn't think I was going to make it    01:21:34PM
20   there by 9 o'clock instead of dealing with the problem in, 01:21:37PM
21   you know, a longer term basis that actually worked, and   01:21:44PM
22   the issue was never my not working 40 hours a week.  If I 01:21:48PM
23   got there late, I stayed late.  So, this didn't go to     01:21:53PM
24   solve the problem at all.  And I told Kreamer specifically 01:21:57PM
25   what I just said to you.  And presumably he -- I mean, I  01:21:59PM
```

| | | |
|---|---|---|
| 1 | went through the proper channels, so presumably he | 01:22:04PM |
| 2 | communicated that to Higgins. | 01:22:08PM |
| 3 | Q.  So, I believe the answer, then, to the question | 01:22:09PM |
| 4 | that I asked is that no, you did not ever apply for | 01:22:11PM |
| 5 | intermittent leave; is that correct? | 01:22:14PM |
| 6 | A.  No, for the reasons I've stated. | 01:22:16PM |
| 7 | Q.  So, you didn't apply for intermittent leave and | 01:22:18PM |
| 8 | the concern that you had was that it wasn't a workable | 01:22:22PM |
| 9 | solution long term.  Is that a fair assessment? | 01:22:25PM |
| 10 | A.  It wasn't a workable solution at all and it | 01:22:28PM |
| 11 | didn't address the problem. | 01:22:31PM |
| 12 | Q.  The problem that you had with it was that you | 01:22:32PM |
| 13 | would be required to call in on a regular basis if you | 01:22:38PM |
| 14 | were going to not be there for your scheduled shift on | 01:22:42PM |
| 15 | time? | 01:22:44PM |
| 16 | A.  Yeah, as I said, each day, if I didn't think I | 01:22:44PM |
| 17 | was going to make it there, I would call in.  Whereas for | 01:22:47PM |
| 18 | a chronic problem, it made sense not to do that as opposed | 01:22:51PM |
| 19 | to fixing the problem. | 01:22:56PM |
| 20 | Q.  So, what was the problem with calling in?  Is | 01:23:00PM |
| 21 | it just too burdensome or a hassle?  I'm not sure I | 01:23:02PM |
| 22 | understand why that was an impediment to your using | 01:23:06PM |
| 23 | intermittent leave. | 01:23:10PM |
| 24 | A.  It was foolish.  That was the impediment.  The | 01:23:11PM |
| 25 | impediment was that for a condition that was ongoing that | 01:23:14PM |

1  I was suffering long term that I could predict and the               01:23:17PM
2  doctor could predict was going to be happening a day or a            01:23:20PM
3  month or longer, and as it has turned out, years from that           01:23:24PM
4  time, to deal with it on a day-by-day basis made                     01:23:27PM
5  absolutely no rational sense.                                        01:23:31PM
6       Q.   Okay.  I understand that.  So, was your concern            01:23:34PM
7  that this would require you to be calling your manager               01:23:37PM
8  more often than you wanted to to report that you weren't             01:23:43PM
9  going to be able to show up to work?                                 01:23:47PM
10       A.   I'm not sure what you mean.                               01:23:49PM
11       Q.   I'm trying to understand why it was such a                01:23:51PM
12  barrier to you to use the intermittent leave because it             01:23:53PM
13  required you to call your manager and report whether you            01:23:58PM
14  were going to be there or not?                                      01:24:01PM
15       A.   The barrier to me was that it was not a                   01:24:02PM
16  practical solution to the problem and it seemed designed            01:24:04PM
17  to simply embarrass me instead of deal with the problem.            01:24:07PM
18       Q.   In what regard is intermittent FMLA leave                 01:24:11PM
19  intended to embarrass you, in your view?                            01:24:14PM
20       A.   Well, to run through this again -- you asked me           01:24:17PM
21  a question.  I'm going to answer it.                                01:24:19PM
22       Q.   I'm trying to understand.  Go ahead and answer.           01:24:22PM
23  Go ahead and answer.                                                01:24:25PM
24       A.   It was something that wasn't going away.  It              01:24:28PM
25  wasn't going to be different one day than it was the next           01:24:31PM

1  in terms of the CFS not being present.  The only variable					01:24:34PM
2  about the CFS was that the attacks hit me at different					01:24:39PM
3  times and I didn't know what their duration was going to					01:24:43PM
4  be, but I knew it was going to be there from one day to					01:24:46PM
5  the next and mornings were always particularly difficult.					01:24:49PM
6  So, to start from scratch every morning and inform them					01:24:51PM
7  that I might not be in there precisely at 9 o'clock wasn't					01:24:58PM
8  addressing the problem.  And again, as I said, the filling					01:25:02PM
9  out a 40-hour workweek wasn't the issue.  The issue was					01:25:06PM
10 some flexibility.					01:25:11PM
11     Q.  Okay.  What specific kind of flexibility did					01:25:13PM
12 you want?					01:25:17PM
13     A.  Well, they never let the conversation get far					01:25:17PM
14 enough even to explore it.					01:25:20PM
15     Q.  I'm asking you what you wanted.					01:25:22PM
16     A.  If I could have had anything I want and the					01:25:25PM
17 schedule genie would grant a wish?  What are you asking					01:25:28PM
18 me?					01:25:31PM
19     Q.  Okay.  Let me rephrase that.  When you talked					01:25:32PM
20 to anyone at The Seattle Times about flexibility, what					01:25:34PM
21 type of flexibility were you requesting?  Was it that you					01:25:37PM
22 could come in at whatever time suited you in the morning					01:25:41PM
23 and leave at the end of the day whenever you were done					01:25:44PM
24 with your work and you filled your eight-hour shift or was					01:25:47PM
25 it something different?					01:25:50PM

```
 1  break or you felt up to working; is that fair?                01:30:12PM
 2      A.   That would have been ideal, but the discussions      01:30:15PM
 3  with The Times managers never reached that point because      01:30:17PM
 4  they simply declined to give me any flexibility or discuss    01:30:20PM
 5  it.                                                           01:30:26PM
 6      Q.   Did Dr. Dompe ever tell you that you needed          01:30:31PM
 7  flexibility in your schedule to come and go as you pleased    01:30:34PM
 8  from your job?  Did he ever communicate that to you in        01:30:39PM
 9  your treatments?                                              01:30:44PM
10      A.   In those exact words?                                01:30:44PM
11      Q.   No, or something to that effect.                     01:30:46PM
12      A.   We both agreed -- yes, it was his advice that I      01:30:51PM
13  have a more flexible schedule.                                01:30:54PM
14      Q.   Okay.  And he told you that when he said a more      01:30:58PM
15  flexible schedule that that was flexibility to come and go    01:31:01PM
16  as needed from work, to show up whenever you were feeling     01:31:05PM
17  up to it?                                                     01:31:09PM
18      A.   I don't recall his exact words now.                  01:31:09PM
19      Q.   Something to that effect?                            01:31:12PM
20      A.   Sounds about right.                                  01:31:14PM
21      Q.   So, after you provided this doctor note, human       01:31:17PM
22  resources, Nancy Hawman, provided you with some               01:31:20PM
23  intermittent leave forms; is that correct?  Do you            01:31:24PM
24  remember that?                                                01:31:29PM
25      A.   Was this about the kind of intermittent leave        01:31:29PM
```

```
 1  needs and accommodate your medical condition would have      01:34:10PM
 2  been the notes that your doctor sent to The Times; is that   01:34:14PM
 3  correct?                                                     01:34:17PM
 4       A.   I think so, yes.                                   01:34:17PM
 5            MR. LINN:  Do you need a break soon?               01:34:23PM
 6            THE WITNESS:  Maybe.  Let's see what time it       01:34:26PM
 7  is.  It couldn't hurt.                                       01:34:28PM
 8            MS. SULLIVAN WEISS:  Okay.  Do you need a break    01:34:30PM
 9  right now?                                                   01:34:33PM
10            MR. LINN:  Not this minute.  Maybe at a            01:34:34PM
11  convenient time in the next 10 minutes or so.                01:34:36PM
12            THE WITNESS:  Sure.                                01:34:38PM
13       Q.   During the time after you communicated to Mr.      01:34:49PM
14  Higgins about your need for flexibility in February and      01:34:53PM
15  into March, April, May, I think you testified that you       01:34:58PM
16  were continuing to come in at 10 or 11 o'clock typically;    01:35:02PM
17  is that correct?                                             01:35:07PM
18       A.   Roughly.                                           01:35:08PM
19       Q.   When you would show up at 10 or 11, were you       01:35:10PM
20  contacting Matt Kreamer or Mark Higgins to let either of     01:35:13PM
21  them know that you would not be at work by 9 a.m.?           01:35:17PM
22       A.   Oh, no.                                            01:35:21PM
23       Q.   So, you weren't keeping them apprised of what      01:35:22PM
24  your schedule was if you were not going to be in the         01:35:25PM
25  office at 9 a.m.?                                            01:35:28PM
```

| | | |
|---|---|---|
| 1 | A. No. Kreamer always knew that he could reach me | 01:35:29PM |
| 2 | at any time, and I communicated that to him. He always | 01:35:32PM |
| 3 | knew when I got there. Kreamer could -- I wouldn't have | 01:35:35PM |
| 4 | been in touch with Higgins in any case because that would | 01:35:38PM |
| 5 | have been jumping levels. It would have been typical | 01:35:41PM |
| 6 | always to go through Kreamer. | 01:35:45PM |
| 7 | And quite frequently Kreamer texted me before I | 01:35:51PM |
| 8 | had left home, like if there was something like it would | 01:35:54PM |
| 9 | have been better for me to go straight to rather than | 01:35:59PM |
| 10 | stopping at the office first. So Kreamer was in touch | 01:36:04PM |
| 11 | with me whenever he needed to be and he knew how to reach | 01:36:08PM |
| 12 | me at all hours. | 01:36:11PM |
| 13 | Q. So, do you recall having a conversation with | 01:36:12PM |
| 14 | Mark Higgins on or about April 16, 2010, along with Matt | 01:36:15PM |
| 15 | Kreamer, the three of you sitting down and talking about | 01:36:21PM |
| 16 | your schedule and your chronic fatigue? | 01:36:25PM |
| 17 | A. This might have been the one where Higgins | 01:36:27PM |
| 18 | lectured me on how he doesn't like mornings either. | 01:36:30PM |
| 19 | Q. So, you do recall a conversation with you and | 01:36:33PM |
| 20 | Matt Kreamer about your schedule and your chronic fatigue? | 01:36:37PM |
| 21 | A. I think so. | 01:36:38PM |
| 22 | Q. What do you remember about that conversation | 01:36:38PM |
| 23 | other than what you've described to me? | 01:36:40PM |
| 24 | A. That's the part that stands out the most, | 01:36:40PM |
| 25 | certainly. | 01:36:43PM |

```
 1      Q.   You don't remember anything else about that        01:36:43PM
 2   conversation?                                              01:36:45PM
 3      A.   Perhaps you can refresh my memory.                 01:36:46PM
 4      Q.   Okay.  Do you remember Mark telling you that as    01:36:49PM
 5   a general assignment reporter, they need you at the office 01:36:56PM
 6   at the start of the shift?                                 01:37:01PM
 7      A.   That sounds like something he would have said.     01:37:03PM
 8      Q.   Do you remember him saying that if you were not    01:37:07PM
 9   going to be able to start at the beginning of the shift at 01:37:10PM
10   9 a.m., that you would need to apply for intermittent      01:37:13PM
11   leave given your condition?                                01:37:16PM
12      A.   Yeah, I think we've already been through that,     01:37:17PM
13   right?                                                     01:37:19PM
14      Q.   I'm asking about this particular conversation.     01:37:20PM
15   Do you remember him talking to you about that?             01:37:23PM
16      A.   This was probably another one of the times when    01:37:25PM
17   I told him that wasn't a feasible solution to the problem, 01:37:28PM
18   so yes.                                                    01:37:31PM
19      Q.   Do you remember talking to Mark about how you      01:37:33PM
20   wanted to basically have the same schedule you had when    01:37:37PM
21   you were in features where you could come and go as your   01:37:40PM
22   schedule was largely dictated by whatever you needed to do 01:37:43PM
23   that day?                                                  01:37:48PM
24      A.   I'm sure that was something that we discussed      01:37:48PM
25   in that, for instance, people in the features department   01:37:51PM
```

1  always were on top of their beats, knew what they were            01:37:57PM
2  required to do, knew what their deadlines were, and so            01:37:59PM
3  when they physically happened to be within eyesight of a          01:38:03PM
4  given manager was irrelevant because they all knew what           01:38:08PM
5  they were supposed to be doing and got it done, and never         01:38:11PM
6  had a problem.  And I certainly never had a problem with          01:38:13PM
7  that.  Never missed a deadline.  Never had a problem.             01:38:16PM
8          Q.   Do you remember Mark explaining to you that          01:38:19PM
9  features is different than the way that the Metro desk            01:38:23PM
10 works, do you remember him talking to you about that?             01:38:26PM
11         A.   Yeah, I remember his condescension in talking        01:38:28PM
12 to me about that.                                                 01:38:31PM
13         Q.   What do you remember him saying about how the        01:38:32PM
14 Metro desk works as compared to your experience on the            01:38:34PM
15 features desk?                                                    01:38:38PM
16         A.   I don't recall exactly how he said everything,       01:38:39PM
17 if that's what you're asking, but this was when our               01:38:42PM
18 conversations began to go around in circles.  I was asking        01:38:46PM
19 for help with some flexibility, and he began to repeat            01:38:49PM
20 this stuff and the conversation just degenerated with him         01:38:53PM
21 just repeating this stuff.  I understood that he clearly          01:38:56PM
22 wasn't going to consider any flexibility or any help for          01:39:00PM
23 me.  His answer to everything was, "You need to be here at        01:39:04PM
24 9.  No flexibility."                                              01:39:08PM
25         Q.   Although he did tell you that you could take         01:39:13PM

```
 1   intermittent leave if you needed that flexibility,          01:39:16PM
 2   correct?                                                     01:39:18PM
 3        A.   Yeah, we've already been through that.  I mean,    01:39:18PM
 4   I've given you the most complete answer I can to the         01:39:20PM
 5   intermittent leave issue.                                    01:39:23PM
 6        Q.   I'm just trying to understand when you say he      01:39:24PM
 7   said no flexibility, that he was willing to accommodate      01:39:26PM
 8   your intermittent FMLA leave?                                01:39:30PM
 9        A.   I don't know how much more clearly I can put it    01:39:33PM
10   that that was at best a very problematic temporary way to    01:39:37PM
11   address an ongoing problem that really reeked of             01:39:44PM
12   harassment to me because I told him that it was an ongoing   01:39:47PM
13   problem, and to have to start fresh to address it every      01:39:51PM
14   single day of something that I was living with chronically   01:39:54PM
15   was preposterous, and I communicated that to him clearly.    01:39:58PM
16        Q.   Did you and Mark in that conversation talk         01:40:07PM
17   about the type of work that you were doing on the Metro      01:40:10PM
18   desk and whether you could change the type of work you       01:40:12PM
19   were doing and do something more like the features work      01:40:15PM
20   you were doing before you were moved?                        01:40:18PM
21        A.   I don't really specifically recall that right      01:40:19PM
22   now.  I mean, it's possible that we could have because I     01:40:24PM
23   was always pitching work.  I mean, that's what you do.       01:40:27PM
24   You pitch stories, you pitch work, you pitch beats.  It's    01:40:31PM
25   just part of the life at the newspaper.                      01:40:35PM
```